Jason A. Richardson (Utah SBN #14543)
Email: jason.richardson@mhllp.com
David T. McDowell* (TX SBN #00791222)
Email: david.mcdowell@mhllp.com
Kendall J. Burr* (TX SBN #24067533)
Email: kendall.burr@mhllp.com
Nicholas R. Lawson* (TX SBN #24083367)
Email: nicholas.lawson@mhllp.com
MCDOWELL HETHERINGTON LLP
1001 Fannin St., Suite 2700
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
*admitted pro hac vice

*ATTORNEYS FOR DEFENDANT*
*AMERICAN GENERAL LIFE INSURANCE COMPANY*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| **Molly Farrand,** § § | | |
| *Plaintiff,* § § | Case Number: 1:16-cv-00134-DB | |
| **v.** § § | | |
| **American General Life Insurance Company,** § § § | | |
| *Defendant.* § | | |

## APPENDIX OF EVIDENCE

| APPX. | DESCRIPTION | PRODUCTION BATES |
|---|---|---|
| A. | American General Policy No. YMC0171575 | AGLIC-FARRAND 000013-26 |
| B. | Transcript of Molly Farrand's deposition taken on August 24, 2017 | None |
| C. | Transcript of portion #1 of the 9-1-1 call from April 13, 2014 | None |
| D. | Recording of portion #1 of the 9-1-1 call from April 13, 2014. The recording is being transmitted via CD for Court access. | None |
| E. | Transcript of portion #2 of the 9-1-1 call from April 13, 2014 | None |

| APPX. | DESCRIPTION | PRODUCTION BATES |
|---|---|---|
| F. | Recording of portion #2 of the 9-1-1 call from April 13, 2014. The recording is being transmitted via CD for Court access. | None |
| G. | Transcript of Officer Preston Casey's deposition taken on August 18, 2017 | None |
| H. | Witness Statements by Jacob and Melinda Layton | AGLIC-FARRAND 000096-97 |
| I. | Officer Jason Read's Statement dated April 15, 2014 | AGLIC-FARRAND 000111-139 |
| J. | Transcript of Gary Thomas's deposition taken on August 14, 2017 | None |
| K. | Transcript of the audio from Officer Gary Thomas's dash camera recording dated April 13, 2014 | None |
| L. | Gary Thomas's Dash Cam Recording. The recording is being transmitted via DVD for Court access. | None |
| M. | Transcript of Officer Jason Read's deposition taken on August 14, 2017 | None |
| N. | Transcript of the text messages between Vincent Farrand and his son, Logan Farrand, dated April 13, 2014 at 9:35:52 p.m. | FARRAND_000546 |
| O. | Medical Examiner's Report prepared on April 14, 2014 and identified by Bates stamp | FARRAND_000667-673 |
| P. | Molly Farrand's Proof of Death and Claimant's Statement to American General dated April 28, 2014 | AGLIC-FARRAND 000007-12 |
| Q. | June 18, 2014 Report of Curry & Associates [Curry Report 1] | AGLIC-FARRAND 000027-31 |
| R. | June 27, 2014 Report of Curry & Associates [Curry Report 2] | AGLIC-FARRAND 000035-38 |
| S. | June 15, 2014 Report of Curry & Associates [Curry Report 3] | AGLIC-FARRAND 000169-184 |
| T. | Life Claim Review Committee Form dated August 5, 2014 | AGLIC-FARRAND 000232 |
| U. | Denial letter from American General to Molly Farrand dated August 18, 2014 | AGLIC-FARRAND 000242-243 |
| V. | Summary Report dated May 13, 2014 | AGLIC-FARRAND 000049-50 |
| W. | February 24, 2017 Letter from Davis County to Kendall Burr regarding Notice of Response to GRAMA Request | None |
| X. | Plaintiff's Initial Disclosures dated February 1, 2017 | None |
| Y. | Transcript of Thomas Pastore's deposition taken on April 25, 2018 | None |
| Z. | Thomas Pastore's Expert Report dated March 30, 2018 | None |