# APPENDIX A

## AMERICAN GENERAL LIFE Insurance Company

2727-A Allen Parkway, Houston, Texas 77019
(A STOCK COMPANY)
1-800-811-2696

**WE, OUR, US or COMPANY** refer to American General Life Insurance Company.

**THE COMPANY AGREES TO PAY** the Benefits described in this Policy, subject to its provisions, exclusions and limitations.

**YOU or YOUR** refer to the Owner of this Policy.

**GUARANTEED RENEWABLE - SUBJECT TO CHANGE IN PREMIUMS BY CLASS.** You may continue the coverage provided by this Policy for life, by payment of the required premiums when they are due. While this Policy is in force, We will not add any restrictive riders or endorsements. We can change the premiums for this Policy. Any premium change will be on a class basis only, as We determine, and will be based on the Insured's age on the Effective Date. No change in premiums will be effective until 45 days after We deliver to You, or mail to Your last known address on Our Home Office records, a written notice of such change.

**LEGAL CONTRACT.** This Policy is a legal contract between You and Us. You should READ THIS POLICY CAREFULLY. Refer to DEFINITIONS to understand the meaning of defined words.

**THIRTY DAYS TO EXAMINE POLICY.** You may return this Policy to Us or Our authorized agent within thirty days after delivery, if You are not satisfied with it for any reason. The return of this Policy will void it from the Effective Date and any premium paid will be refunded.

**THIS IS A LIMITED BENEFIT POLICY. PLEASE READ THIS POLICY CAREFULLY**

Insured - Vincent Farrand               Policy Number - YMC0171575

Signed at American General Life Insurance Company at Houston, Texas.

_Secretary_               Mary Jane Fortin
                          _President_

**THIS IS A LIMITED BENEFIT POLICY FOR ACCIDENTAL INJURY COVERAGE ONLY AS DEFINED AND LIMITED IN THIS POLICY, AND IT DOES NOT PAY BENEFITS FOR LOSS FROM ANY OTHER CAUSE.**

READ THIS POLICY CAREFULLY – IT CONTAINS REDUCTIONS, ELIMINATION PERIODS AND EXCLUSIONS. GUARANTEED RENEWABLE, SUBJECT-TO CHANGE IN PREMIUMS BY CLASS.
NONPARTICIPATING

05100-45                                         YMC0171575                                         Page 1

AGLIC-FARRAND 000013

## CONTENTS OF POLICY

| | | | |
|---|---|---|---|
| Policy Data | Page 3 | Premiums | Page 7 |
| Policy Schedule | Page 3A | Claims | Page 8 |
| Definitions | Page 4 | General Provisions | Page 9 |
| Benefits | Page 4 | Insured Spouse and Insured Child | Page 11 |
| Exclusions | Page 6 | | |

## POLICY PROVISIONS IN ALPHABETICAL ORDER

| | | | |
|---|---|---|---|
| Age | Page 9 | Lapse | Page 7 |
| Agent's Authority | Page 9 | Legal Actions | Page 9 |
| Assignment | Page 8 | Medicaid Eligibility | Page 11 |
| Beneficiary | Page 10 | Nonparticipation | Page 11 |
| Benefits | Page 4 | Notice Of Claim | Page 8 |
| Change Of Owner Or Beneficiary | Page 10 | Owner | Page 10 |
| Claim Forms | Page 8 | Payment Of Claims | Page 8 |
| Conformity With State Statutes | Page 11 | Physical Examination | Page 9 |
| Definitions | Page 4 | Premiums | Page 7 |
| Effective Date | Page 10 | Premium Refund At Death | Page 7 |
| Entire Contract | Page 9 | Proof Of Loss | Page 8 |
| Exclusions | Page 6 | Reinstatement | Page 7 |
| Grace Period | Page 7 | Tax Consequences | Page 11 |
| Guaranteed Renewable | | Termination | Page 11 |
|    Subject To Change in Premiums By Class | Page 1 | Time Of Payment Of Claims | Page 8 |
| Incontestable | Page 9 | Unpaid Premiums | Page 8 |
| Insured Spouse and Insured Child | Page 11 | | |

## POLICY DATA

### Insured Person - Insured

| | | | |
|---|---|---|---|
| Insured | Vincent Farrand | Policy Number | YMC0171575 |
| Age | 36 | Effective Date | September 28, 2011 |
| | | Premium Period | Monthly |

### SCHEDULE OF BENEFITS AND PREMIUMS

| Benefits | Benefit Amounts | Annual Premium |
|---|---|---|
| Base Policy | $500,000 | $625.00 |
| Total Initial Annual Premium | | $625.00 |

Premiums payable other than annually are equal to a percentage of the annual premium and include additional premium charges. You will save money by paying the premium on an annual basis. The first Monthly premium is $54.69.

## POLICY SCHEDULE

Benefits will automatically reduce by 50% on the policy anniversary following the Insured Person's attainment of age 70, or after 5 years from the Effective Date, whichever provides the longer period of coverage.

We will pay any applicable benefit amount for one covered loss per accident for each Insured Person who sustains an Accidental Injury. In case an Insured Person sustains multiple Accidental Injuries from the same accident, We will pay the covered loss with the largest benefit amount payable.

### ACCIDENTAL DEATH BENEFIT AMOUNT:

| | |
|---|---|
| Insured - | $500,000 |
| Insured Spouse - | $0 |
| Insured Child - | $0 |

**DISMEMBERMENT BENEFIT AS PERCENTAGE OF ACCIDENTAL DEATH BENEFIT:**

| For the Loss Of: | Coverage Amount |
|---|---|
| Both Hands or Arms | 100% |
| Both Feet or Legs | 100% |
| Sight of Both Eyes | 100% |
| One Hand or Arm and One Foot or Leg | 100% |
| Either One Hand or Arm or One Foot or Leg and Sight of One Eye | 100% |
| Either One Hand or Arm or One Foot or Leg | 50% |
| Sight of One Eye | 50% |

**PARALYSIS BENEFIT AS PERCENTAGE OF ACCIDENTAL DEATH BENEFIT:**

| For the Loss Of: | Coverage Amount |
|---|---|
| Quadriplegia | 100% |
| Paraplegia | 50% |
| Hemiplegia | 50% |

The Elimination Period is 30 days for Quadriplegia, Paraplegia and Hemiplegia only. No benefits are payable during this period. No Elimination Period on other types of Loss.

**COMMON CARRIER BENEFIT:** IF AN ACCIDENTAL INJURY OCCURS WHILE RIDING AS A FARE-PAYING PASSENGER IN A COMMON CARRIER, WE WILL PAY AN ADDITIONAL BENEFIT EQUAL TO ANY BENEFIT AMOUNT PAID AS AN ACCIDENTAL DEATH BENEFIT, OR A DISMEMBERMENT BENEFIT OR A PARALYSIS BENEFIT.

## DEFINITIONS

**ACCIDENTAL INJURY** means accidental bodily injury, which is unforeseen and suddenly sustained without the design or intent of an Insured Person that:

(a) is not caused or contributed to, directly or indirectly, by a disease, bodily or mental infirmity, illness, infection, medicine or surgery used to treat an Insured Person, or any other cause or physical condition; and

(b) occurs while coverage on that Insured Person under this Policy is in force; and

(c) causes loss that is covered by this Policy within 180 days following the Accidental Injury that causes such loss.

**INSURED** means the person named as "Insured" in the Policy Data.

**INSURED PERSON** means the person named as "Insured" in the Policy Data (and includes Insured Spouse or Insured Child, if indicated in the Policy Data).

**PHYSICIAN** means a person who:

(a) is a legally qualified practitioner of the healing arts licensed in the United States by a state or federal licensing authority for such practitioners; and

(b) practices within the scope of his or her license in the United States; and

(c) is not the Insured; and

(d) is not related to the Insured as a spouse, parent, child or sibling; and

(e) does not customarily reside in the same household as the Insured.

**SATISFACTORY PROOF** means proof determined to be satisfactory by Us.

## BENEFITS

We will pay the applicable benefit amount described below:

(a) if the Insured Person's loss occurs within 180 days following the Accidental Injury that causes that loss; and

(b) subject to all Policy definitions, provisions and exclusions.

We will only pay one such benefit amount per accident for each Insured person who sustains an Accidental Injury. In case an Insured Person sustains multiple Accidental Injuries from the same accident, We will pay the covered loss with the largest benefit amount payable.

AGLIC-FARRAND 000017

**ACCIDENTAL DEATH BENEFIT**

We will pay the accidental death benefit shown in the Policy Schedule if the Insured Person dies as the result of an Accidental Injury.

**DISMEMBERMENT BENEFIT**

**If the words "DISMEMBERMENT BENEFIT" are NOT listed in the Policy Schedule, this provision does not apply and We will pay NO Benefits for Dismemberment.**

**Dismemberment** means the loss sustained in an Accidental Injury as follows:

(a) arm - actual severance above the elbow;

(b) leg - actual severance above the knee;

(c) hand - actual severance above the wrist;

(d) foot - actual severance above the ankle; or

(e) eye - loss of the eye or permanent vision loss such that central vision acuity cannot be corrected to better than 20/200.

Loss of use does not constitute Dismemberment, except as stated in (e) above.

We will pay the applicable Dismemberment benefit coverage amount shown in the Policy Schedule if the Insured Person becomes Dismembered as the result of an Accidental Injury.

**PARALYSIS BENEFIT**

**If the words "PARALYSIS BENEFIT" are NOT listed in the Policy Schedule, this provision does not apply and We will pay NO Benefits for Paralysis.**

**Elimination Period** means the number of consecutive days shown in the Policy Schedule during which an Insured Person must be continuously and totally paralyzed prior to being eligible for benefits. NO Benefits are payable during the Elimination Period.

**Hemiplegia** means the complete and irreversible Paralysis of the upper and lower Limbs of the same side of the body.

**Limb** means the entire arm or entire leg.

**Paralysis/Paralyzed** means spinal cord injuries sustained in an Accidental Injury that results in the loss of use of two or more Limbs:

(a) for the consecutive number of days in the Elimination Period stated in the Policy Schedule; and

(b) such loss of use is expected to be permanent. Such paralysis must be confirmed by the Insured Person's attending Physician.

**Paraplegia** means the complete and irreversible Paralysis of both lower Limbs.

AGLIC-FARRAND 000018

**Quadriplegia** means the complete and irreversible Paralysis of both upper and lower Limbs.

We will pay the applicable Paralysis benefit coverage amount shown in the Policy Schedule if the Insured Person becomes Paralyzed as the result of an Accidental Injury.

**COMMON CARRIER BENEFIT**

**Common Carrier** means a taxi, school bus, streetcar, bus, train, ship, ferry, or airplane which is duly licensed by the proper authority for the sole purpose of transporting public passengers for a fee for purposes other than the following activities: hang gliding; bungee jumping; parachuting; sailgliding; or parasailing.

If We pay any benefit as a result of an Accidental Injury that occurs when riding as a fare-paying passenger inside a Common Carrier, We will pay an additional benefit equal to the benefit amount paid.

## EXCLUSIONS

We will pay NO benefits for any Accidental Injury or any loss caused or resulting in whole or in part by the following:

(a) the Insured Person's suicide or attempt at suicide, or intentional self-inflicted injury or sickness, or any attempt at intentional self-inflicted injury or sickness while sane or insane; or

(b) the Insured Person's being under the influence of an excitant, depressant, hallucinogen, narcotic; or any other drug or intoxicant including those prescribed by a Physician that are misused by the Insured Person; or

(c) the Insured Person's commission of or attempt to commit an assault or felony; or

(d) the Insured Person's engaging in an illegal activity or occupation; or

(e) the Insured Person's active participation in any riot or civil insurrection; or

(f) declared or undeclared war, or any act of declared or undeclared war; or

(g) the Insured Person's operating, learning to operate, serving as a crew member of, or jumping, parachuting, or falling from an aircraft or hot air balloon, including those which are not motor driven; or

(h) the Insured Person's engaging in hang gliding, bungee jumping, parachuting, sailgliding, parasailing or parakiting or any similar activity; or

(i) the Insured Person's riding in or driving any motor driven vehicle in a race, stunt show or speed test; or

(j) the Insured Person's practicing for or participating in any semi-professional or professional competitive athletic contest for which such Insured receives any compensation or remuneration; or

(k) the Insured Person's operating any type of land, water, or air vehicle while having a blood alcohol content at or above the level made illegal for operation of such vehicle by the jurisdiction where the Accidental Injury occurred; or

(l) any loss directly or indirectly resulting from or contributed by a cause other than an Accidental Injury as defined in this Policy.

## PREMIUMS

This Policy is issued for an initial term of one premium period, as stated in the Policy Data. It may be renewed by timely payment of the renewal premium. The first premium is due on or before the Effective Date. Each renewal premium is due at the expiration of the period for which the preceding premium was paid. Each renewal premium must be paid on or before its due date, or within the Grace Period. You may pay premiums at Our Home Office. You may, by written request to Us, change the Premium Period for this Policy, subject to Our rules at the time of Your request to change.

### GRACE PERIOD

If a premium, other than the first, has not been paid on its due date, Your Policy will remain in force for a period of 31 days from the premium due date.

### LAPSE

If any premium is not paid before the end of its Grace Period, this Policy will lapse. The date of lapse is the date on which the unpaid premium was due. Lapse will terminate this Policy unless it is later reinstated.

### REINSTATEMENT

If Your Policy lapses, You may reinstate it:

(a) by paying the required premium; and

(b) if We accept the premium.

The reinstated Policy will cover only losses sustained on or after the date of reinstatement by Us. No Benefit will be payable for any Accidental Injury or loss between the date of lapse and the reinstatement date.

Except for the above and any new provisions We may require for reinstatement, Your rights and Ours under this Policy will be the same as just before the Policy lapsed.

### PREMIUM REFUND AT DEATH

If the Insured or the Insured Spouse, if covered under this Policy, dies before the end of a Premium Period for which premium has been paid, We will refund the portion of premium that was applied to coverage for the decedent for the time period beyond the end of the Month in which death occurred.

**AGLIC-FARRAND 000020**

# CLAIMS

## NOTICE OF CLAIM

You must provide to Us written notice of loss within 60 days from the date of loss or as soon as reasonably possible, but in no event more than 180 days thereafter. You must provide notice of loss at Our Home Office. Your notice should include the Insured Person's name and Policy Number as shown in the Policy Data.

## CLAIM FORMS

When We receive Your notice, We will send You forms for filing proof of loss. If these forms are not sent within 15 days, You will have met the time frame for filing proof of loss if You have provided to Us written proof of the occurrence, nature and extent of Your loss within the time allowed for filing proof of loss.

## PROOF OF LOSS

You must provide to Us, at Your expense, written proof of loss determined to be satisfactory to Us within 90 days from the date of loss. If it is not reasonably possible for You to provide such written proof of loss within the stated time, Your claim will not be affected if You provide such written proof of loss as soon as is reasonably possible. You must provide to Us any authorizations necessary to obtain medical or other records to verify your loss.

## TIME OF PAYMENT OF CLAIMS

We will pay benefits, upon receipt of written proof of loss determined to be satisfactory by Us.

## PAYMENT OF CLAIMS

Except as described in the Medicaid Eligibility provision, all Benefits becoming payable will be paid to You, or to Your Beneficiary in the event of Your death, unless You have assigned the benefits. If We have recorded, at Our Home Office, Your written assignment of benefits, either before or with Your written proof of loss, We can pay all or part of any benefit to a hospital or person that provided medical care or treatment.

If any Benefits are payable to Your estate or to a person who is without legal capacity, We can pay up to $1,000.00 of Benefits to any relative by blood or connection by marriage whom We determine is entitled to payment. Such payment will discharge Our liability for that payment.

## ASSIGNMENT

You may assign the Benefits payable under this Policy. Your rights and those of any other person referred to in this Policy will be subject to the assignment. We are not bound by an assignment unless it is in writing and until a duplicate of the original assignment has been filed at Our Home Office. We will not be responsible for the validity of any assignment.

## UNPAID PREMIUMS

We will deduct any due and unpaid premium from any claim payment under this Policy.

AGLIC-FARRAND 000021

**PHYSICAL EXAMINATION**

At Our expense We can require:

(a) a physical examination to be performed on an Insured Person by a Physician of Our choice in the United States as often as We deem necessary while a claim is pending; or

(b) an autopsy to be performed after an Insured Person's death, if allowed by law and if this Policy was not issued for delivery in the State of Mississippi.

No benefit under this Policy will be paid until such examination, or autopsy as allowed by law, is conducted from which We receive written proof of loss determined to be satisfactory by Us.

**LEGAL ACTIONS**

No legal action may be brought to recover any benefit provided by this Policy until 60 days after the date We receive written proof of loss. No action may be brought after 3 years from the date written proof of loss must have been provided to Us.

## GENERAL PROVISIONS

**ENTIRE CONTRACT**

This Policy and riders or endorsements are the entire contract. This contract is made in consideration of the payment of premiums as required.

**AGENT'S AUTHORITY**

No change in this Policy is valid unless it is in writing and signed by one of Our officers at Our Home Office. No agent or other representative has authority to change or waive any Policy provision or extend the time for paying a premium.

**AGE**

If an Insured Person's age is not correct as shown in this Policy, all benefits payable under this Policy will be such as the premium paid would have purchased at the correct age. If the correct age is such that We would not have issued this Policy or an Insured Person's coverage under this Policy would have terminated, We will only be liable for a refund of any premiums paid for the period for which there was no coverage.

**INCONTESTABLE**

This Policy is incontestable from its Effective Date as to any representation made in connection with the issuance of the Policy.

AGLIC-FARRAND 000022

**OWNER**

The Insured is the Owner of this Policy unless later changed. As Owner, You may exercise all rights in this Policy while the Insured is living. If You are without legal capacity, We will allow Your rights to be exercised by:

(a) the legally-appointed guardian responsible for Your property; or

(b) a person who We determine is responsible for Your welfare and support.

To exercise Your rights, You should follow the procedures stated in this Policy. All elections, designations, changes and requests must be made in writing and in a form acceptable to Us.

If You want to change a Beneficiary, change an address or request any other action by Us, You should do so on the forms prepared for each purpose. You may obtain these forms directly from Our Home Office.

**BENEFICIARY**

Any Beneficiary designated by You according to Our records will receive any Benefits remaining unpaid at Your death.

If no Beneficiary is living at the time of Your death, We, at Our determination, will pay:

(a) the executor or administrator of Your estate; or

(b) Your spouse, child or parent who We determine is entitled to payment.

**CHANGE OF OWNER OR BENEFICIARY**

While the Insured is living, You may change:

(a) the Owner; or

(b) a Beneficiary designation that is not restricted by a previous designation.

We can require that any change be endorsed on Your Policy. Any change will be effective as of the date the change request was signed, except that it will not apply to any payment We make or any action We take before We record the request in Our Home Office.

**EFFECTIVE DATE**

This Policy's Effective Date is shown in the Policy Schedule. This Policy will take effect at 12:01 AM (Central Time) on the Effective Date and will terminate at 11:59 PM (Central Time) on the date provided for termination. If this Policy lapses and is reinstated, the Effective Date is as described in the Reinstatement Provision. The Effective Date for any rider adding coverage after this Policy is issued will be as described in that rider.

### TERMINATION

This Policy will terminate on the earlier of:

    (a)    any premium due date requested by You in writing to terminate the Policy; or

    (b)    at the end of the Grace Period, if all or any portion of a renewal premium for this Policy remains unpaid; or

    (c)    at the end of the month in which the Insured dies.

Coverage on any Insured Child will terminate as provided in the Insured Child Provision.

### MEDICAID ELIGIBILITY

The Insured Person's current or future eligibility for Medicaid may affect the payment of benefits provided by this Policy. When Medicaid is involved it is possible that the benefits will not be paid directly to You, because of state regulations and/or federal regulations that may require payments to the Medicaid organization or to the medical provider.

### TAX CONSEQUENCES

Benefits paid under this Policy may be taxable. If so, You or Your Beneficiary may incur a tax obligation. As with all tax matters, You should consult Your personal tax advisor for more information about how this may affect You.

### CONFORMITY WITH STATE STATUTES

Any provision that conflicts with any law of the state where You live when this Policy is issued, is amended to conform with that law.

### NON PARTICIPATION

This Policy does not participate in surplus, and its premiums do not include a charge for participation in surplus.


### INSURED SPOUSE AND INSURED CHILD

#### INSURED SPOUSE

**If the words "Insured Spouse" are NOT shown as an "Insured Person" in the Policy Data, this provision does not apply and We will pay NO benefits for Your spouse.**

An **Insured Spouse** means only the Insured's spouse named in the Policy Data.

Any coverage on an Insured Spouse will terminate upon termination of this Policy. The termination of coverage on the Insured Spouse will not reduce any liability We may have under this Policy for any claim originating prior to the termination of such coverage. If this Policy is in force when the Insured Spouse dies or the marriage of the Insured Spouse is terminated by a divorce decree, We will reduce the subsequent premium.

AGLIC-FARRAND 000024

**INSURED CHILD**

**If the words "Insured Child" are NOT shown as an "Insured Person" in the Policy Data, this provision does not apply and We will pay NO benefits for Your child.**

An **Insured Child** under this Policy is the Insured's child (biological child, legally adopted child, or stepchild) who is unmarried and dependent on the Insured, and is:

(a) less than 26 years of age on the Effective Date of this Policy; or

(b) born after the Effective Date of this Policy, and the Insured is named as parent on the child's birth certificate; or

(c) legally adopted by the Insured after the Effective Date of this Policy and before the child's 26th birthday.

The term "Insured Child" also includes a child placed with the Insured for the purpose of adoption who will be an Insured Child from the moment of placement and a child for whom the Insured is required by court or administrative order to provide coverage.

Coverage on any Insured Child will terminate on the earlier of:

(a) termination of this Policy; or

(b) the premium due date following the Insured Child's 26th birthday.

The termination of an Insured Child's coverage will not reduce any liability We have under this Policy for any claim originating prior to the termination.

The coverage provided on an Insured Child by this Policy may be continued, so long as the Insured Child is:

(a) legally incapable of self-sustained employment due to mental or physical incapacity; and

(b) dependent upon the Insured for support and maintenance.

You must submit satisfactory proof of incapacity and dependency to Us within 31 days of the date on which the coverage on the Insured Child would terminate if he or she were not incapacitated and dependent, and subsequently as We may require, but not more frequently than annually after the two (2) year period following the date coverage on the Insured Child would otherwise have terminated. We may charge an additional premium for continuing the coverage on any Insured Child. We will determine the premium on the basis of the age, premium rate and class in effect for the Insured Child on the date proof of incapacity and dependency is provided.

# AMERICAN GENERAL LIFE Insurance Company

2727-A Allen Parkway, Houston, Texas 77019
(A STOCK COMPANY)
1-800-811-2696