# APPENDIX C

IN RE: VINCE FARRAND

AUDIO TRANSCRIPTION OF 911 CALL

File labeled "0000000148_2-911-3_2014-04-13_15_27_27"

1  DISPATCH:  911, what is the address of your
2  emergency?
3  MOLLY FARRAND:  550 South 300 East.
4  DISPATCH:  In which city?
5  MOLLY FARRAND:  Centerville.
6  DISPATCH:  Okay.  Tell me the address one
7  more time.
8  MOLLY FARRAND:  550 South 300 East.
9  DISPATCH:  Okay.  What's the phone number
10 you're calling from?
11 MOLLY FARRAND:  It's my cell phone.  But my
12 husband took a gun and he's getting in his truck and
13 he's driving away.
14 DISPATCH:  Okay.  Give me that phone number
15 in case we get disconnected.
16 MOLLY FARRAND:  801-529-7525.
17 DISPATCH:  And he took a gun and he's
18 driving away?
19 MOLLY FARRAND:  He's very upset. Yes.  He's
20 very upset.  He's very upset at a friend who --
21 DISPATCH:  Okay.  Let me get the Centerville
22 police on the line real quick, and I'm going to talk
23 to them first.  Hold on.
24 MOLLY FARRAND:  I need you to get -- he's
25 leaving to somebody's house that's less than a mile

1  away.
2         DISPATCH:  Okay.  Hold on one second.  I'm
3  going to talk first.  Okay?  Just stay on the line.
4         CENTERVILLE DISPATCH:  911, where is your
5  emergency?
6         DISPATCH:  This is transfer from Doniful
7  (phonetic), 550 South 300 East in Centerville.
8         CENTERVILLE DISPATCH:  Okay.
9         DISPATCH:  1096, suicidal.  Go ahead, ma'am.
10        MOLLY FARRAND:  So he's mad at a friend --
11 well, not a friend any more who -- who came on to me
12 and he wants to go kill him.  And I'm afraid he is
13 either going to kill himself or this other person.
14        CENTERVILLE DISPATCH:  Okay.  Where is he
15 right now?
16        MOLLY FARRAND:  He just left our house
17 and -- with a gun in his truck and he's -- and the --
18 the other house is on Second West Doniful.  I don't
19 know -- it's just before Center Street, just north of
20 Center Street.
21        CENTERVILLE DISPATCH:  Okay.
22        MOLLY FARRAND:  I need to call and warn him.
23 I need to call and warn his other friend where he's
24 going.
25        CENTERVILLE DISPATCH:  Okay.  Hold on, hold

1  on.
2          MOLLY FARRAND:  Where he's going.
3          CENTERVILLE DISPATCH:  Hold on, one second.
4  What is your name?
5          MOLLY FARRAND:  Molly Farrand.
6          CENTERVILLE DISPATCH:  What was your last
7  name?
8          MOLLY FARRAND:  I need to call and warn him.
9          CENTERVILLE DISPATCH:  Okay.  Listen to me.
10  I have got to get the information from you first.  I
11  can have my partner call --
12         MOLLY FARRAND:  You can (inaudible) first
13  and then it's too late.
14         CENTERVILLE DISPATCH:  Give me your phone
15  number, Molly.
16         MOLLY FARRAND:  I just gave it to the other
17  guy.  It's 801-529-7525.
18         CENTERVILLE DISPATCH:  Okay.  What kind of a
19  truck is he in?
20         MOLLY FARRAND:  He is in a white Chevy
21  four-door, long bed truck.
22         CENTERVILLE DISPATCH:  Do you know the -- do
23  you happen to know the plate on it by chance?
24         MOLLY FARRAND:  I don't, but I need -- he's
25  going be there in like one minute.

Audio Transcription - 911 Call

Page 5

1  CENTERVILLE DISPATCH:  Listen to me.  I need
2  you to -- call him and call me back, but what I need
3  to know -- I need to find out some more information.
4  What is his name.
5  MOLLY FARRAND:  Vince Farrand.
6  CENTERVILLE DISPATCH:  Vince Durand?
7  MOLLY FARRAND:  Vince, V-i-n-c-e, Farrand,
8  F-a-r-r-a-n-d.
9  CENTERVILLE DISPATCH:  Okay.  And how old is
10 he?
11 MOLLY FARRAND:  39.
12 CENTERVILLE DISPATCH:  Okay.  And do you
13 know what his date of birth is?
14 MOLLY FARRAND:  7/19/95.
15 CENTERVILLE DISPATCH:  7/19/95.
16 MOLLY FARRAND:  This stuff isn't important.
17 What's important --
18 CENTERVILLE DISPATCH:  Listen to me.  Listen
19 to me.  It is important.  What is he wearing?
20 MOLLY FARRAND:  A T-shirt and jeans.
21 CENTERVILLE DISPATCH:  White T-shirt?
22 MOLLY FARRAND:  I don't know.  I can't
23 remember.
24 CENTERVILLE DISPATCH:  Okay.  Hold on.
25 (Inaudible), are you still on the phone?

Stratos Legal Services
800-971-1127

Audio Transcription - 911 Call
Page 6

```
 1              DISPATCH:  I am.  We're getting someone in
 2   the area.
 3              CENTERVILLE DISPATCH:  Okay, thank you.  Did
 4   you hear that, Molly?
 5              MOLLY FARRAND:  Yes.
 6              CENTERVILLE DISPATCH:  Okay.  They've got
 7   people on their way over there.  Okay.  Do you know
 8   what your friend's name is that lives on 200 West?
 9              MOLLY FARRAND:  It's Bret Clyde and he lives
10   with his girlfriend, Courtney Parks.  I don't think
11   it's under Brett's name.  It's under Courtney's name.
12   They rent a house.
13              CENTERVILLE DISPATCH:  Courtney Parks, like
14   P-a-r-k-s?
15              MOLLY FARRAND:  Yes.
16              CENTERVILLE DISPATCH:  And it's on 200 West
17   just before Center Street?
18              MOLLY FARRAND:  Nevermind, he just walked in
19   the door.
20              CENTERVILLE DISPATCH:  Is he at your house
21   now?
22              MOLLY FARRAND:  Yes.
23              CENTERVILLE DISPATCH:  Okay.
24              MOLLY FARRAND:  I thought you were going to
25   Bret's.
```

Stratos Legal Services
800-971-1127

1      CENTERVILLE DISPATCH:  Does he still have
2 the gun?
3      MOLLY FARRAND:  He does still have the gun.
4 I'm hanging up now.  He's fine.
5      CENTERVILLE DISPATCH:  Well, no, listen to
6 me.  I've got to send them out there.  Does he still
7 have the weapon?
8      MOLLY FARRAND:  No, he put it away.
9      CENTERVILLE DISPATCH:  Where did it go then?
10      MOLLY FARRAND:  In the safe.
11      CENTERVILLE DISPATCH:  Is he putting it in
12 the safe right now?
13      MOLLY FARRAND:  Yes.
14      CENTERVILLE DISPATCH:  Okay.  What -- does
15 he have any kind of other weapons on him?
16      MOLLY FARRAND:  No.
17           (End of audio.)
18
19
20
21
22
23
24
25

1  COUNTY OF HARRIS

2  STATE OF TEXAS

3              REPORTER'S CERTIFICATE

4      I, Jill M. Vaughan, Certified Court Reporter in and

5  for the State of Texas, do hereby certify:

6      That the matters set forth in the foregoing

7  transcript were taken down in machine shorthand by

8  me while listening to an audio recording to the best

9  of my ability and thereafter reduced to typewriting.

10     I further certify that I am neither counsel for,

11 related to, nor employed by any of the parties in the

12 action in which this proceeding was taken, and further

13 that I am not financially or otherwise interested in the

14 outcome of this action.

15     Certified to by me on this 4th day of

16 June, 2018.

17                  _____

18                  Jill M. Vaughan, CSR, RPR
                    Texas CSR 6192
19                  Expiration:  12-31-19
                    Stratos Legal Services
20                  Firm No. 125
                    4295 San Felipe
21                  Suite 125
                    Houston, TX 75201
22                  713-481-2180

23

24

25