**APPENDIX D
PLACEHOLDER**

**Recording of portion #1 of the 9-1-1 call from April 13, 2014.**

**The recording is being transmitted
via CD for Court access.**