# APPENDIX E

IN RE: VINCE FARRAND

AUDIO TRANSCRIPTION OF 911 CALL

File labeled

"Centerville shooting 04-13-14 1528 V-14-01169
911 phone call"

1   DISPATCH:  Hold on one second.  I'm going to
2   talk first.  Okay?  Just stay on the line.
3   CENTERVILLE DISPATCH:  911, what is your
4   emergency?
5   DISPATCH:  This is a transfer from Doniful
6   (phonetic), 550 South 300 East in Centerville.
7   CENTERVILLE DISPATCH:  Okay.
8   DISPATCH:  1096 suicidal.  Go ahead, ma'am.
9   MOLLY FARRAND:  So he's mad at a friend --
10  well not a friend any more who -- who came on to me
11  and he wants to go kill him.  And I'm afraid he is
12  either going to kill himself or this other person.
13  CENTERVILLE DISPATCH:  Okay.  Where is he
14  right now?
15  MOLLY FARRAND:  He just left our house
16  and -- with a gun in his truck and he's -- and the --
17  the other house is on Second West in Doniful.  I don't
18  know -- it's just before Center Street, just north of
19  Center Street.
20  CENTERVILLE DISPATCH:  Okay.
21  MOLLY FARRAND:  I need to call and warn him.
22  I need to call and warn his other friend where he's
23  going.
24  CENTERVILLE DISPATCH:  Okay.  Hold on, hold
25  on.

1            MOLLY FARRAND:  Where he's going.
2            ATTORNEY5:  Hold on, one second.  What is
3    your name?
4            MOLLY FARRAND:  Molly Farrand.
5            CENTERVILLE DISPATCH:  What was your last
6    name?
7            MOLLY FARRAND:  I need to call and warn him.
8            CENTERVILLE DISPATCH:  Okay.  Listen to me.
9    I have got to get the information from you first.  I
10   can have my partner call --
11           MOLLY FARRAND:  You can (inaudible) first
12   and then it's too late.
13           CENTERVILLE DISPATCH:  Give me your phone
14   number, Molly.
15           DISPATCH:  I just gave it to the other guy.
16   It's 801-529-7525.
17           CENTERVILLE DISPATCH:  Okay.  What kind of a
18   truck is he in?
19           MOLLY FARRAND:  He is in a white Chevy
20   four-door, long bed truck.
21           CENTERVILLE DISPATCH:  Do you know the -- do
22   you happen to know the plate on it by chance?
23           MOLLY FARRAND:  I don't, but I need -- he's
24   going be there in like one minute.
25           CENTERVILLE DISPATCH:  Listen to me.  I need

1  you to -- call him and call me back, but what I need
2  to know -- I need to find out some more information.
3  What is his name.
4              MOLLY FARRAND:  Vince Farrand.
5              CENTERVILLE DISPATCH:  Vince Durand?
6              MOLLY FARRAND:  Vince, V-i-n-c-e, Farrand,
7  F-a-r-r-a-n-d.
8              CENTERVILLE DISPATCH:  Okay.  And how old is
9  he?
10             MOLLY FARRAND:  39.
11             CENTERVILLE DISPATCH:  Okay.  And do you
12 know what his date of birth is?
13             MOLLY FARRAND:  7/19/95.
14             CENTERVILLE DISPATCH:  7/19/95.
15             MOLLY FARRAND:  This stuff isn't important.
16 What's important --
17             CENTERVILLE DISPATCH:  Listen to me.  Listen
18 to me.  It is important.  What is he wearing?
19             MOLLY FARRAND:  A T-shirt and jeans.
20             CENTERVILLE DISPATCH:  White T-shirt?
21             MOLLY FARRAND:  I don't know.  I can't
22 remember.
23             CENTERVILLE DISPATCH:  Okay.  Hold on.
24 (inaudible), are you still on the phone?
25             DISPATCH:  I am, we're getting someone in

1  the area.
2          CENTERVILLE DISPATCH:  Okay, thank you.  Did
3  you hear that Molly?
4          MOLLY FARRAND:  Yes.
5          CENTERVILLE DISPATCH:  Okay.  They've got
6  people on their way over there.  Okay.  Do you know
7  what your friend's name is that lives on 200 West?
8          MOLLY FARRAND:  It's Bret Clyde and he lives
9  with his girlfriend, Courtney Parks.  I don't think
10 it's under Brett's name.  It's under Courtney's name.
11 They rent a house.
12         CENTERVILLE DISPATCH:  Courtney Parks, like
13 P-a-r-k-s?
14         MOLLY FARRAND:  Yes.
15         CENTERVILLE DISPATCH:  And it's on 200 West
16 just before Center Street?
17         MOLLY FARRAND:  Nevermind, he just walked in
18 the door.
19         CENTERVILLE DISPATCH:  Is he at your house
20 now?
21         MOLLY FARRAND:  Yes.
22         CENTERVILLE DISPATCH:  Okay.
23         MOLLY FARRAND:  I thought you were going to
24 Bret's.
25         CENTERVILLE DISPATCH:  Does he still have

```
 1  the gun?
 2          MOLLY FARRAND:  He does still have the gun.
 3  I'm hanging up now.  He's fine.
 4          CENTERVILLE DISPATCH:  Well, no, listen to
 5  me.  I've got to send them out there.  Does he still
 6  have the weapon?
 7          MOLLY FARRAND:  No, he put it away.
 8          CENTERVILLE DISPATCH:  Where did it go then?
 9          MOLLY FARRAND:  In the safe.
10          CENTERVILLE DISPATCH:  Is he putting it in
11  the safe right now?
12          MOLLY FARRAND:  Yes.
13          CENTERVILLE DISPATCH:  Okay.  What -- does
14  he have any kind of other weapons on him?
15          MOLLY FARRAND:  No.
16          CENTERVILLE DISPATCH:  Whose at the
17  residence besides the two of you?
18          MOLLY FARRAND:  Just us and our dog.
19          CENTERVILLE DISPATCH:  Okay.  There's nobody
20  else in the residence besides the two of you?
21          MOLLY FARRAND:  No, there isn't.
22          CENTERVILLE DISPATCH:  Okay.
23          MOLLY FARRAND:  Just my dog.
24          CENTERVILLE DISPATCH:  Okay.  Listen to me.
25  I want you to stay on the phone with me.  I've got
```

1  them on their way.  They're going to come and check
2  make sure everything is okay.  They've going to talk
3  to him, but I've got to keep you on phone with me.
4  Okay?  The only way you can help him is by staying on
5  the phone and making sure they can come and talk to
6  him and making sure that nothing is going to happen to
7  you.
8              MOLLY FARRAND:  Okay.
9              CENTERVILLE DISPATCH:  Okay?  I don't know
10 if he's standing right there so you can't talk.
11             MOLLY FARRAND:  He's not.  He's upstairs.
12 He's just mad.
13             CENTERVILLE DISPATCH:  Is there other
14 weapons upstairs that are accessible?
15             MOLLY FARRAND:  No.
16             CENTERVILLE DISPATCH:  So he just went
17 upstairs, but you're downstairs?
18             MOLLY FARRAND:  He put it away and now he's
19 just sitting up there.
20             CENTERVILLE DISPATCH:  Okay.  So he did put
21 the weapon back in the safe?  You actually physically
22 saw him do that?
23             MOLLY FARRAND:  Yes, he just put it away.
24             CENTERVILLE DISPATCH:  And there was no
25 others that he took out when he did it before?

Stratos Legal Services
800-971-1127

1  MOLLY FARRAND: No.
2  CENTERVILLE DISPATCH: Okay. So did he come
3  on to you and you refused him and that's what started
4  it or --
5  MOLLY FARRAND: Yeah, our friend who we
6  thought was our friend came on to me, and I refused
7  it. This was like a couple of months ago, but it's
8  been a problem. And we got in a fight today. Now he
9  wanted to go get mad at him.
10  CENTERVILLE DISPATCH: Okay. So --
11  MOLLY FARRAND: But he didn't. He went
12  outside, but then he came back.
13  CENTERVILLE DISPATCH: So let me get this
14  straight. So Vince is your boyfriend, another mutual
15  friend came on to you --
16  MOLLY FARRAND: He's my husband for 20
17  years.
18  CENTERVILLE DISPATCH: Okay. That's what I
19  needed to know. I didn't know --
20  MOLLY FARRAND: A friend of ten years came
21  on to me and then we got in a fight today and he
22  wanted to go over there. And he didn't, he just went
23  outside and then he came back and put it away. But I
24  was afraid that he might do something, but he didn't.
25  CENTERVILLE DISPATCH: Okay. I didn't get

```
 1  the part that he was your husband.  So that makes more
 2  sense.
 3          MOLLY FARRAND:  Yes.
 4          CENTERVILLE DISPATCH:  Hang on, one second.
 5          MOLLY FARRAND:  And he's upset that a friend
 6  of ten years would do something so shitty.
 7          CENTERVILLE DISPATCH:  Right.  So he is your
 8  husband -- okay.  That makes more sense then.
 9          MOLLY FARRAND:  And I know he's upset
10  because this was his friend and he can't believe that
11  his friend would do this.
12          CENTERVILLE DISPATCH:  Right.
13          MOLLY FARRAND:  And he was mad, but he
14  didn't actually leave.  He just went out there, and I
15  was worried that he was going to do something stupid.
16          CENTERVILLE DISPATCH:  And you know what,
17  that's actually the best thing you could have done.
18  And I know that it seemed like we're just wasting
19  time, but I just want you to know that at the same
20  time --
21          MOLLY FARRAND:  No, I know, it's fine.  But
22  now it's going to be some big deal even though it's
23  not.
24          CENTERVILLE DISPATCH:  Here's the thing, you
25  need to make sure that both of you are going to be
```

1  okay because's obviously still upset.  And I don't
2  want him -- I don't want you to get off the phone and
3  then he's still upset and then as soon --
4              MOLLY FARRAND:  He's never hurt me in 20
5  years.  He's not going to hurt me.
6              CENTERVILLE DISPATCH:  But people do things
7  in -- really weird things that they would never do
8  when it's high stress situations.  I deal with it
9  every day.  So I'm just telling you that, you know,
10 just because --
11             MOLLY FARRAND:  Where are you going?  Vince,
12 what are you doing?
13             CENTERVILLE DISPATCH:  Is he leaving again?
14             MOLLY FARRAND:  He might be leaving again.
15 I don't know.  What are you doing, Vince?  Well,
16 unfortunately I called the cops and now they're
17 wondering.
18             CENTERVILLE DISPATCH:  If he wants to talk
19 to me, that's just fine.
20             MOLLY FARRAND:  Do you want to talk to her
21 and tell her you're fine?
22             CENTERVILLE DISPATCH:  But I've got some
23 officers that are arriving right now, and they're
24 going to want to talk him.
25             MOLLY FARRAND:  They're sending officers

```
 1  over right now.
 2          CENTERVILLE DISPATCH:  No, they should be
 3  arriving right now.
 4          MOLLY FARRAND:  Okay.
 5          CENTERVILLE DISPATCH:  So what I need you to
 6  do is I need him to either come out the front door,
 7  but I need to make sure that he doesn't have his hands
 8  in his pockets, that he doesn't have his hands next to
 9  him at all, make sure he has his hands out where they
10  can see them.
11          MOLLY FARRAND:  They want you to come out --
12  Vince, what you are -- okay.  He does have weapons
13  again and --
14          CENTERVILLE DISPATCH:  Okay.  What did he
15  pick up?
16          MOLLY FARRAND:  He has the .22 handgun and
17  another gun.  And I think he wants the police to shoot
18  him.
19          CENTERVILLE DISPATCH:  Okay.  Listen to me.
20          MOLLY FARRAND:  So please don't tell them to
21  come in.
22          CENTERVILLE DISPATCH:  Listen to me.
23  They're not going to come in.  Listen to me, Molly.
24          MOLLY FARRAND:  He's been suicidal for a
25  long time.
```

1  CENTERVILLE DISPATCH: Okay. Molly.
2  MOLLY FARRAND: He'll pistol whip them.
3  Suicide by cops.
4  CENTERVILLE DISPATCH: Molly, listen to me.
5  I will help you through this, but you got to trust me.
6  Okay? So which weapons did he pick up?
7  MOLLY FARRAND: A .22.
8  CENTERVILLE DISPATCH: Is it a -- it's what?
9  MOLLY FARRAND: (Inaudible).
10  CENTERVILLE DISPATCH: Molly, what did he
11  pick up?
12  MOLLY FARRAND: Don't tell that because that
13  won't help. I'm talking to the cops now.
14  CENTERVILLE DISPATCH: Are you talking to
15  him right now?
16  MOLLY FARRAND: He's suicidal, and I'm
17  afraid he wants suicide by cops. And so -- but I have
18  a very large dog who will protect me. Please, please,
19  don't hurt my dog. Okay. They're with me, can I hang
20  up now?
21  CENTERVILLE DISPATCH: No, Molly, I'll go
22  ahead and let you go then. Okay?
23  MOLLY FARRAND: Okay.
24  CENTERVILLE DISPATCH: All right. Bye.
25  COUNTY OF HARRIS

1  STATE OF TEXAS

2              REPORTER'S CERTIFICATE

3     I, Jill M. Vaughan, Certified Court Reporter in and

4  for the State of Texas, do hereby certify:

5     That the matters set forth in the foregoing

6  transcript were taken down in machine shorthand by

7  me while listening to an audio recording to the best

8  of my ability and thereafter reduced to typewriting.

9     I further certify that I am neither counsel for,

10 related to, nor employed by any of the parties in the

11 action in which this proceeding was taken, and further

12 that I am not financially or otherwise interested in the

13 outcome of this action.

14     Certified to by me on this 4th day of

15 June, 2018.

16     _____

17             Jill M. Vaughan, CSR, RPR
               Texas CSR 6192
18             Expiration:  12-31-19
               Stratos Legal Services
19             Firm No. 125
               4295 San Felipe
20             Suite 125
               Houston, TX 75201
21             713-481-2180

22

23

24

25