# APPENDIX H

Killian indicates that he provided a copy of the interviews of the officers at Bountiful PD (Thomas, Casey and Sheldon) and that he provided the copies of the interviews to me which was submitted to Detective Devin Rogers.

I have uploaded a copy of the Bountiful PD report to the files section of Spillman for documentation purposes. I have titled it "Bountiful PD 2014-001253."

### Brett Clyde Interview Transcript:

I obtained a written copy of the transcript between Brett Clyde and Detective Noble.

I have uploaded a copy of the scanned image to the files section of Spillman for documentation purposes. I have titled it "Brett Clyde Interview transcription"

I have submitted the transcription to go to Agent Jay Berger for distribution through the binders.

### Courtnee Anne Parks Interview Transcript:

I obtained a written copy of the transcript between Courtnee Parks and Detective Noble.

I have uploaded a copy of the scanned image to the files section of Spillman for documentation purposes. I have titled it "Courtnee Parks interview transcription"

I have submitted the transcription to go to Agent Jay Berger for distribution through the binders.

### Layton PD Witness statements:

I obtained written witness statements collected by Detective Ottesen while he was conducting the neighborhood canvas.

Statements were obtained from the following people:
- Linda Dowding – Linda indicates that she saw officers with their guns out and a female hiding a house away behind a bush. After the shots she saw officers moving quickly.

Centerville PD Witness statement:

I obtained a witness statement written by a Jacob Layton. It is unknown who collected the witness statement.

- Jacob Layton – Jacob writes that he observed an officer escort a female south down the road and that she looked distraught. Jacob indicates that he observed a male exit the house with a gun in his hand. Jacob indicates that the male then turned and let the dog back into the house

AGLIC-FARRAND 000096

and closed the door. Jacob indicates that an officer had his gun drawn on the suspect and that he kept telling him to "drop the gun" Jacob states that he saw the male walk towards his backyard and out of his sight. Jacob then states that he heard 4 gunshots. Signed witness statement.
- Melinda Layton – Melinda writes that she observed the police talking with someone in the backyard behind the gate. She states that she saw a woman come out from the gate and escorted down the street quickly. Melinda states that the female resisted slightly and that the police put her hands behind her back and moved her forcefully. Melinda states that she saw a male exit the front of the house with a gun in his hand. Melinda states that the police were yelling for him to drop the gun several times but that he started walking towards his backyard. Melinda states that the police again told him to stop and put the gun down. Melinda states that she heard four shots fired. Melinda states that she then heard sirens and observed medics taking the male out on a stretcher while performing CPR. Signed witness statement.
- Misty Clark – Misty indicates that she heard 6 shots go off and then cops everywhere. Signed witness statement.

I have uploaded a copy of these statements to the files section of Spillman for documentation purposes. I will title it "witness statements 1"

**North Salt Lake Police witness statements:**

I obtained witness statements starting with a North Salt Lake PD statement. The statement is as follows:

- Carolyn Rodgers – Carolyn indicates that she heard loud noises such as metal hitting metal and she wondered what it was. She looked out the window and saw police vehicles. Signed witness statement
- Kelly Randall – Kelly indicates that she was standing in the kitchen when she heard what sounded like 3 gunshots. Signed witness statement
- Lani Christensen – She was watching T.V. and heard 4 pops. She looked out the front door and saw 2 cop cars. Signed witness statement
- Debbie Allred – Debbie was sitting in the kitchen and heard three sharp noises. Looked outside and saw police vehicles and cops putting up yellow tape around the yard. Signed witness statement
- Barbara Davis – Was in watching television and heard a loud noise. She indicates that people called her and she saw the police. Signed witness statement

It is unknown who collected these witness statements. I have uploaded a copy of these statements to the files section of Spillman for documentation purposes. I will title it "witness statements 2"

**Medical Witness statements:**

I obtained several witness statements prepared by the medical team who assisted in this matter. I obtained witness statements from the following: