# APPENDIX I

Carey Stricker (interviewer)
Jason Read (Officer Involved)
Bret Rawson (Officer Involved attorney)
Jon Herndon (Interviewer)

April 15, 2014 12:26
Inaudible mumbling, background noise . . .

Herndon: "have any questions for me before we start?"

Read: "Yeah, just make sure I don't screw up, all right", laughing

Looking at Syracuse City map on the wall, "it's growing so fast, it's a . . . (inaudible small talk), maybe 30 years ago. . . , radio . . . sure . . . (inaudible)

Stricker enters, as shutting the door, offers Herndon a drink who says no thank you, as he is sitting, he shows the audio recorder and places it on the table. "Obviously Jason, you know obviously this is being recorded today?"

Read: "right, right"

Stricker: "there's both audio and right over here we got video, and the video also has audio, this is just for a little bit better clarity."

Read: "O.K."

Herndon: "Um, uh, let me, uh just let me real quick go through, uh, the the reasons why we're here. But before we start though Jason, what I'd like you to do, what everybody in the room to do, this is all for transcribing and for the record, we just want everybody to introduce themselves so, I'll go ahead and start with myself first O.K., my name is Jon Herndon, I'm an agent with the Davis County Investigations Bureau, and I work for the Davis County Attorney's office. Um, uh, I'm here to assist uh, in this uh, investigation that, uh, we have a protocol a procedure that we use anytime that there is an officer involved shooting. And so I, uh, was assigned or tasked to assist in this, uh, investigation as well, uh, so that's the reason why I'm here, um, we'll go through some pretty muc. . . , pretty much basic information at the onset and then uh, um, Detective Stricker will will take most of the lead, but we but, uh, bottom line is, we just want to get your story."

Read: "O.K."

Herndon: "O.K., that's who I am

Rawson: I'm Brett Rawson, the attorney for Jason Read.

Herndon: "Can you spell your name, Brett"

Rawson: "First name, B-R-E-T, last name, R-A-W-S-O-N".

Herndon: "O.K."

Read: "I'm Jason Read, I work for the Centerville Police Department, uh been there nine years and I um, I'm a canine officer."

Stricker: "How do you spell your last name, Jason?"

Read: "R-E-A-D"

AGLIC-FARRAND 000111

Stricker: "O.K. (whispers), uh, I am, uh, Detective Carey Stricker with Clearfield City. Uh, I was called and asked to be the lead officer, investigating this incident from the Protocol Team from the Davis County Attorney's office. Uh, so I'm gonna kind of conduct the interview and just ask you some questions, obviously John and I work together uh, and just ask you questions in regards to the events that transpired on Sunday."

Read: "O.K."

Stricker: "And, uh, obviously you have your attorney here to represent you as well, so uh."

Herndon: "The time is, I've got 3 minutes after 2, just for the record."

Stricker: "K. um, (clears throat), so I wanted to ask you a couple questions Jason in regards to um, obviously this interview you are here on your own will, O.K., I don't want this to sound like Miranda or garity you're not in any custody, you're not being read garity in regards to any issues with your employer, I'm not compelling you to tell me anything K?"

Read: "O.K."

Stricker: "You're free to get up, use the bathroom, leave, take a break, whenever you want."

Read: "O.K."

Stricker: "now if you have any questions in regards to, if you'd like some time with your attorney or anything like that feel free to uh, to intervene at any time, and, uh, obviously you can consult with your attorney at any time, you don't have to answer any questions. This whole interview is entirely voluntary.

Read: "O.K."

Stricker: "We're just looking for some facts to obtain the facts in regards to that and and obviously that has to come from you so."

Read: "Right."

Stricker: "so uh, anytime you want to leave, if you want to take a break, anything like that, anything I can do to help you"

Read" "I appreciate that."

Stricker: "uh, let me know, O.K. so"

Herndon: "Uh just try to remember to uh speak clearly."

Read: "O.K."

Herndon: "so our, um, transcribers can hear what you're saying."

Read: "O.K., got it."

Stricker: "Um so Jason, uh, obviously you know why we're here"

Read: "I do."

Stricker: "I was called on Sunday to come out and uh, (inaudible) the situation from the scene and uh, uh we're dealing with, uh do you know how the protocol team works?"

AGLIC-FARRAND 000112

Read: "a little bit yeah. Uh, Dave Edwards explained a little bit of it to me"

Stricker: "Dave?"

ead: "yeah, so"

Stricker: "O.K. so the protocol team is byt the County Attorney's Office and they assign an agency that's uh, not your agency and Centerville and typically an agency far away so we don't have any biases. I don't know you at all, do you know me at all?"

Read: "I didn't, uh, met you the first time today, laughing."

Stricker: "O.K., uh"

Read: "I've heard your name, laughing"

Stricker: "Yeah, it's probably because uh, they don't want any bias, you know what I mean, because what we are, we are fact finders, we are looking at the evidence in regards to what happened that day, evidence that we have at the scene, witness statements, witness accounts recollection of what happened, uh evidence that we have from Vincent, and uh, try to compile it and put it all together and see if we can make a time line of everything that happened. O.K. what we do as a team is we take this and we're looking at presenting it to the Davis County Attorney's Office probably next Thursday, and so we will do a PowerPoint presentation, timeline, everything in regards to your interview all the other interviews that we've done and present it to the County Attorney's Office and then they review it for whether or not there's any sufficient evidence to charge you with any crime.

Read: "O.K."

Stricker: "K, uh after they review it, they uh get a big binder and they go over everything uh if there's any questions or any follow up they ask us to do, if there's not, then the County Attorney will decide whether or not he's going to dismiss the case or do anything with that. I shouldn't say dismiss the case but ya know, decide if he's going to file charges or anything. If no charges than they will rule it justified, they send up a letter to the Protocol Team as well as your agency saying it's a justified shoot, and then your agency obviously goes from there, K.?"

Read: "O.K."

Stricker: "K, um if it's the other half, if charges are to be filed and anything like that, obviously you'll want to go through your attorney and go over it. Uh, so obviously we are just the protocol team to go over the facts in an unbiased manner and present it to the County Attorney's Office.

Read: "O.K."

Stricker: "Does that make sense?"

Read: "yup, perfect sense."

Stricker: "um, so uh, I kinda kinda, want to get a feel for about how uh, lets go back about 24 hours before the incident."

Read: "All right."

Stricker: "Just what happened, wer were you on duty the day before or"

Read: "No."

Stricker: "and what your day was like and uh,"

Read: "Oh O.K."

Stricker: "and just kind of slowly go through up to the event that occurred, so I can kinda get an idea of a timeline, a feel for you your typical day and how how you're day was going."

Read: "Um, the day before I had a birthday party for a friend's daughter, so me and my wife took our kids to Chuck E Cheese and that was from noon to two. And then, after 2 o'clock uh, we went home and we relaxed for er an hour and a half and then we went back over to that same friend's house that evening uh, because it was his daughter's birthday he was uh building a playhouse, so we spent the evening in his backyard um, basically leveling ground and preparing an area uh, to put, I mean it was pretty extravagant playhouse. Um, we were there till 7 or 8, then went home um, I don't remember what we did in the evening, I'm pretty sure it was sit around and watch T.V., uh, went to bed, woke up Sunday, uh, did some laundry, uh, sit around, and went to work, so pretty uneventful.

Stricker: "O.K. so you woke up on Sunday, did some laundry."

Read: "Yeah, I woke up a probably 9, uh, my wife left to work at 10:30 11:00 and so it was just me and the kids and um, I hung out and was watching Netflix, we don't have cable, we just have Netflix, so I was watching Netflix and doing laundry until it was time to uh."

Stricker: "O.K."

Read: "get up and go to work."

Stricker: "O.K., um you may see us scribble,"

Read: "Right."

Stricker: "Obviously we're just trying to take notes,"

Read: "Yeah, yea."

Stricker: "to go back and have some reference in regards to."

Read: "No you're good."

Stricker: "and then obviously, this interview will be transcribed as well, so uh, you may see me scribble some notes, I don't want you the think"

Read: "No you're fine."

Stricker: "It's uh, I may be thinking of something that you told me 5 minutes ago."

Read: (laughing) "O.K."

Stricker: "don't think it's anything in regards, I'm just taking I'm just obviously taking notes, um, (pause) you said your wife went to work about 10: or 11:

Read: "10:30 or 11:00 somewhere around there"

Stricker: "Um so obviously you have a wife, and did you say, two kids?"

AGLIC-FARRAND 000114

Read: "3 kids, 2 boys and a girl."

Stricker: "O.K., how old are your kids?"

.ead: "11, 9, and 6"

Stricker: "Boys, girls?"

Read: "2 boys 1 girl, the two boys are the oldest, the girl is my baby girl (laughs)"

Stricker: "O.K.. Wife and 3 kids, how long have you guys been married?"

Read: "uh, 15 years this year, but we've been together for, aw geez, 19."

Stricker: "K, and how old are you?"

Read: "36."

Stricker: "So is this like a high school sweetheart?"

Read: "It was right after high school sweetheart, yea, yeah."

Stricker: "that's a long time, you don't find too many people our age married for that amount of time"

Read: "Yeah"

Stricker: "It's usually 2 or 3 marriages.(laughing)"

Read: (laughs)

Stricker: "Um, so uh, what time do you go to work? What's your shift?"

Read: "Uh, that night I was working an extra shift, I'd picked up an extra shift cuz we're down a guy and we have guys on vacation, so they put out extra shifts, so I was I I don't normally work Sundays, but I was working that Sunday to help out and I was working from 4 pm to 2 am, but typically I'm 30 minutes early into the city. And and, that's not unusual, that's what it is every shift I work, I'm typically early."

Stricker: "O.K. so you got to work that day about 3:30?"

Read: "I think, yea, I was, pulling in, I was crossing Lund lane on Legacy Highway about 3:30."

Stricker: "O.K."

Read: "is when I signed on with the county."

Stricker: "K, so you you're typically wait until you're at Lund lane and where at, Legacy?"

Read: "Legacy, mainly or I-15 or Main St. I don't typically take the same roads this ya know, more than twice in a row."

Stricker: " O.K."

Read: "going coming, both to and from work."

AGLIC-FARRAND 000115

Stricker: "Obviously you're just changing your pattern up, oh o.k. so that morning or that afternoon is when you were crossing Lund Lane and Legacy is when you signed on with dispatch?"

Read: "Yeah, it was about that time."

Stricker: "O.K. and um, how was your day going up to that point, it was a pretty good day, bad day, anything happen?"

Read: "No good day, it was just a normal day."

Stricker: "Nothing out of the ordinary, no fights?"

Read: "Nope"

Stricker: "O.K."

Read: "My wife, she's got lots of family in law en her dad's a cop, her uncles a copy, her brothers a cop and her other brother soon to be a cop, so she grew up with it her whole life, so I"

Stricker: "O.K."

Read: "I'm lucky that way, she she gets the life she"

Stricker: "She understands?"

Read: "Yea, so we don't fight."

Stricker: "Good"

Read: "too much."

Stricker: "O.K. so tell me, I'm gonna ask a lot of like open end questions, I don't want uh, um want to just do, here's a question, answer it, here's a question answer it, I wanna look from you, everything that's going on basically."

Read: "O.K."

Stricker: "in your mind, and, and, we may go back, but I I'm going to ask you to explain the situation from start to finish, uh, I probably won't interject much, ya know what I mean"

Read: "O.K."

Stricker: "If at all, I just kind of want you to go through, and then at the end we'll probably go back and ask some more questions, maybe in more detail in regards to the situation, obviously, so, the reason for that is that I want an open ended situation, so you can just flow through without me, missing anything you want to add"

Read: "O.K. yeah"

Stricker: "Ya know what I mean? So I'm assuming it sounds like, that if you signed on about 3:30 than this was your first call?"

Read: "Yeah it was."

Stricker: "Um, let me just ask you if you wouldn't mind flowing from what happened to the time you got dispatched up to the time that you used deadly force."

Read: "O.K."

Stricker: "How would you explain?"

Read: "Um, so, uh what happens was, ya know I signed on with the county, I said Davis County, this is 10-41 and I switched over to the city and I let the uh, ya know highest ranking officer, which was Mr. 6, Gary Thomas, that I'm uh, 10-41. Wul, right after I do that, I scan Bountiful's channel because er, they are the city right next to us, they don't dispatch for us but I like to know what's going on in their city. Um, so right after I sign on I hear Bountiful dispatch putting out an ATL uh, for a suicidal male who had just left a residence in Centerville and was on his way to confront uh, and I don't remember the exact words, but basically it was he was going to confront somebody who had done something with his wife, or his wife was having an affair and I don't remember the exact words, but that was what I was thinking and I was thinking, aw hell, here we go. So uh, I call Officer Thomas, and I says hey, let let's head to the, well, I I don't remember which happened first, either dispatch called me to it or I called him, either way um, they called me and said clear to copy suicidal and I said yea 10-4 I just heard the ATL put over Bountiful's channel, so I let Officer Thomas know hey let's go to the house, because my intention is, let's get as much information from the house as we can, to relay it to Bountiful so they have a better understanding, cuz, anybody that works in law enforcement knows there's about a million things that gets lost in translation. So as, as I exit Legacy highway, uh, I mean, I, um, I'm in no hurry this guys' gone, he's on his way into Bountiful, so as I'm coming up over the over-pass I'm reading the notes on the screen and I don't know if you guys are familiar with FatPot but uh, it's uh, it's a (someone agrees-can't tell who) little bit different than Spillman. But I'm reading the notes and I notice just a couple things right off the notes. And I I'm driving you see so I'm not reading them, just kind of skimming.

Stricker: "Are you driving code?"

Read: "No at this point I I'm just driving, I'm just driving."

Stricker: "O.K.

Read: "and so I look down at the notes and I see a name that I recognize the name of Bret Clyde. And I know Bret, I've dealt with Bret multiple times in the past, he's actually, I don't know the exact relationship, but he's just somehow my sister knows him and has I've seen pictures of him with my sister on Facebook so I have knowledge of Bret, um."

Stricker: "O.K."

Read: "Um, so I"

Stricker: "Is he related to you or uh?"

Read: "no, no, no."

Stricker: "O.K. so you're sister knows him"

Read: "I've had dealings with him as far as criminal stuff goes"

Stricker: "O.K."

Read: "Oh and he's somehow like a friend of a friend of a friend or something, cuz I remember after I had criminal dealings with him, I uh, remember seeing a picture of my sister sitting by him on a couch on Facebook."

Stricker: "O.K."

AGLIC-FARRAND 000117

Read: "So I was like I see him and I immediately think, o.k. that's my suspect, but as I look down at the they've added some notes that say he's back at the house with the gun.

Stricker: "O.K."

Read: "So that's when I'm like o.k. now enough time has that I know that officer Thomas and Officer Kasey, he's the other one on duty, are getting close to the house cuz they're in the city already I'm coming in on Legacy, so I I did light up I I did run code, and my first thought was, and I don't whether it's right or wrong, but my first thought was I've got to get there to protect those officers, because 1 of them is brand new and the other one I just worry about, so I wanted to get there uh my my instinct was I know Bret, I can talk to Bret, this is not going to be a big deal, I'll work it out with Bret, I'll get him calmed down, he knows me, I know him, um, so I light up and I go code up until I get close to the house."

Stricker: "So you're assuming Bret's at the house?"

Read: "I'm assuming Bret's at the house."

Stricker: "O.K."

Read: "So I get there and as as we're as I'm en route, as I dispatch comes on and says O.K. he's put the gun away in the safe. I take a little sigh, o.k. good, even better. So we get there and I get out and uh, I actually pull in front of Officer Thomas um, it it's just my nature and my habit to uh, I want to handle things, I I feel very good about what I do and how I do it and I'm very comfortable with my abilities and like I said, I got a brand new guy and I got another officer who uh."

Stricker: "Who's the brand new guy?"

Read: "His name, Preston Kasey, Officer Kasey. So, he's not brand new, he's got a couple months, but um."

Stricker: "O.K."

Read: "But I'm worried about these 2 and it, it's my call anyway so I pull in front of Officer Thomas and I get out and as we're walking up to the house, about the same time I see the female, and I don't know her name. I see her standing outside by the gate; dispatch gets on and says he went back to the safe and got the gun. So there's a little bit of an oh shit factor because obviously she's outside because she's scared, I mean, she's she's gone out of the house, he's in the house, I don't know who else is in the house, I don't know if there are kids in the house I don't know anything, but I know, oh shit. So I go straight to her and I says hey, I know Bret, just take a deep breath, I know Bret, I'll talk to him and I don't remember exactly what was said, but she she was obviously, visibly upset. So I I opened the gate and I said come with me and I walk her around to the back corner of the garage, and I'm still trying to calm her down and I start to walk away from her to walk back to the house and I uh I don't remember the exact words, but something was said between us where she said "that's not Bret, Bret's not in the house, that's my husband". And so I'm walking away, I hear her say that, and I don't know if it's bad if I swear."

Stricker: "it's O.K."

Read: "but I thought oh fuck."

Stricker: "O.K."

Read: "I thought oh fuck, it's not Bret in the house, fuck, that's what I thought, so I"

Stricker: "Now you left her, did you leave her out on her own or did you"

Read: "No, uh she wa Officer Kasey was with her. So um so by this time, Officer Kasey's with her, he comes up, we got her uh, uh, Officer Thomas had gone around to the back side of the house.

AGLIC-FARRAND 000118

Stricker: "O.K."

Read: "So he's got, I'm assuming on the back corner watching the back side of the house."

Stricker: "O.K."

Read: "So"

Stricker: "You still haven't seen Vincent"

Read: "Still haven't seen him."

Stricker: "O.K."

Read: "So at that point, once I realize oh shit it's not Bret in the house, uh, my mind starts racing and it's like, it's amazing how much goes through your mind, but I thought shit, K well, he was going to kill Bret and Bret was cheating with her so she's now, she the reason she's out of the house is cuz he's gonna kill her too, like she's a victim, like she's gonna be a victim. So I grab her and says we got to get you out of here and so I start pushing her away and she ya know she shrugs me off and pushes me and says I called you for help and so I I grabbed her up in an arm bar and I says believe it or not, I'm trying to help you. And I walked her up to the street and I told Officer Kasey, I say get her out of here and for a second he starts walking back toward the car across the front of the house and I said no, take her south, get her the hell out of here. So he starts walking her south, I turn around and come back to the house and as I'm walking back up to the house, the front door opens up and uh, uh Vince comes walking out and and he's got the gun in his hand and he stood in the doorway for a second and I immediately um, I dro I pull out my weapon, I don't point it, I'm holding it to my side, stupid as it is I'm thinking I'm gonna talk him down, this is going to be o.k. Gonna talk him down, we're gonna be me; and he's standing there ya know, uh, I don't know how many times I said it, ya know, drop the gun, please drop the gun ya know, I've got family too, don't do this ya know, so then he starts walking out and he he's walking towards me and my dumb ass starts walking towards him, and I've still got my gun out my side and I thought shit, I I'm gonna get myself shot here and so I I pull up and I go gun on. We're, I don't know exactly, I'm guessing 10 feet away 10-15 feet away from each other and I'm thinking I I I'm a fucking retard, here I am having a freakin Mexican standoff with this guy and it's ama ya know as he's coming out, Officer Thomas comes out from behind the house and I thought shit, if he stands right there, I can't do anything, I can't, he's right there. Not only that but I'm looking at brick house and where my line of sight is, I've got an open door, and I've got a big, I'm assuming bedroom window and I don't know if there's people in this goddam house, so I I'm doing my best to talk to him, and I I'm ya know I'm shitting my pants the whole time, and (pause) what they say is true, I I I tunnel visioned out for a second and I remembered I I could not see Officer Thomas. I could see him and I could see that gun as clear as day and I remember thinking shit that's a real gun, ya know, cuz all these things go through your mind, um and ye yet I I've I know about the shootings when they haven't been real guns in officer involved shootings and I remember thinking oh shit, this is the real deal and I also remember when my Assistant Chief uh who was a lieutenant and was involved in a shooting and I remember watching his video and I remember clear as day after it happened hearing him breathe so I remember telling myself K breathe and it was strange cuz as I was telling myself this I uh could feel my field of vision opening up and I could see Officer Thomas, just just out of the corner of my eye and he might have been 50 feet back, I don't know because, it but it felt like, if I was looking at Vince, it felt like he was right here, um how true that is, I don't know, um but all these things are racing through my mind, I'm also remembering that I I'm sorry I mean to keep um"

Stricker: "no it's fine."

Read: "Uh, I'm remembering the video I watched it's true that last December and some of the forensic science stuff we arned where if we we're, I remember a video they showed, well first of all they talked about 4 signs and they basically · said if you wait for that gun to be raised then you're dead, if you wait for him uh the suspect to raise that gun, you're already dead because action is faster than reaction so I'm thinking that the whole time and I'm thinking, I'm playing this video, they showed us this video we watched in Street Survival where this guy is in a car and he stands there holding a

AGLIC-FARRAND 000119

gun and the officer's all waiting for him, uh there's 4 officers there and every one of them waits for him to raise that gun uh he gets a round off and I'm thinking to myself, this son of a bitch is gonna get lucky and shoot me in the face. I can take a shot anywhere else, you want to shoot me anywhere else I will fight through it and I will win that fight, but he's gonna get lucky and shoot me in the fucking face so, uh um I'm starting to ya know, he's not dropping the gun, he's not ~llowing my commands and and uh I I ya know a million things are going through your mind, so I actually envision my funeral, not a big officer funeral, I envision like I actually envision sitting in a casket at the LDS church but yet I'm trying to explain to people how I let this guy kill me. Uh I know it doesn't make sense but I'm trying to uh I'm thinking, all of this is going through my mind, uh and I don't know how much time passes but it feels like an eternity before at one point he starts to walking toward the backyard and there's a dog running around like I wanna say it's like a Rottweiler type dog but I'm not paying super close attention to it but it's it's running around and he starts walking back towards the gate and so I I"

Stricker: "Does he have any dialog with you at all?"

Read: "He he's saying shoot me, you're gonna have to shoot me uh, ya know I'm saying drop the gun, oh while he's standing there, while I uh I ya know trying to get him to drop the gun, trying to do this, I'm watching his finger do this in and out of the trigger, uh I'm watching it uh"

Stricker: "And where is the gun at?"

Read: "uh it's down it's down just by his side uh"

Stricker: "And so, "

Read: "he's uh he's got bladed like this like down by his side, he's standing there like this and he's got it bladed and I'm watching his finger just in and out and I remember at one point I don't know if it was more than once, I remember saying I said don't put your finger on that trigger, ya know, don't put your finger on that trigger um because, and oh when I said that, he uh he kinda did that little like a like a nervous laugh and then he sighed. He went (breathing) like that and I thought shit, like to me that means that li he he's made up his mind and uh th this is it, I mean that's what I thought uh but then he he starts walking. And so as he starts walking once again I'm a dumbass and I thought I'm gonna tackle him so I start closing the ground and luckily my brain says what are you thinking so I stop cuz I I I'm not I'm not gonna holster my gun, tackle this guy and fight with him over a gun, it ain't gonna happen. But by this point, I I've already closed the distance, so now I'm way too damn close. So he comes up to the gate and I remember that when I pulled the woman out that there was uh like the whole wall was there's a door right here on the side of the house, but there's a whole wall of stacked wood, I remember there's a whole wall of stacked wood, uh so I know I'm good and uh even though this doors right here I'm thinking 2 things and I know Officer Thomas is in the front yard at this point but my mind is telling me if he makes it through that gate, he's gonna go to the back door. I don't know why uh I was uh I was I was looking right at that door, but I'm thinking, he li he's gonna go to that back door and I uh still don't know who's in that house. I cannot let him go back in that house, ya know he's already threatened to ta g go find this other guy, his wife uh I um I'm afraid, ya know, he wants her dead, I don't know who's in the house I don't know what he's gonna do, he uh I mean he's got that thousand mile stare, he's got that, he's checked out. Mentally, you could see this guy was checked out uh, I mean I'm looking right at him and uh I I knew ya know, he in his mind, in his mind he was made up. So I know as soon as he gets through that gate, one of two things are gonna happen, he's gonna go back and he's gonna ambush Officer Thomas who isn't there, he's not there, I know he's here but I'm thinking for whatever reason, he's gonna ambush Officer Thomas back here or he's gonna get back in that house, and"

Stricker: "you're referring to like Thomas in the back yard?"

Read: "Yes."

Stricker: "O.K."

Read: "He wasn't there, but that was my thought process, my thought process was for whatever reason Officer Thomas, because at that point I'd lost all vision of him, like uh as soon as he starts moving I I have no idea where Officer Thomas is. So, he comes around, and he gets to that gate and uh all of uh like as soon as he like I'm thinking that as soon as he's going to the gate but as soon as he gets to that gate, all that goes out the window, all that goes out the window. I I go in .o complete, uh, fear, because uh I uh as soon as he gets to the other side of that gate, I'm dead. As soon as he gets on the other side of that gate and I can't see gun he's gonna shoot me and I'm dead because I put myself out here in the open. So he gets to that gate and now this all this is really difficult for me to uh am I doing o.k. I I it's all its all fuzzy, but he gets to the gate and he he turns and now he he's bladed to me now and I remember thinking shit I'm dead, I'm dead and he turns and all I see is the gun, I mean just uh he turns he's bladed he his his uh and so this par like this part of him is showing to me to me ya know through through where where he's going through the gate and all I see is the gun uh go just like this, around like that. And I I honest to God don't remember pulling the trigger, I don't remember consciously thinking o.k. now is the time to shoot. I remember thinking holy shit that's gun shots. And and I stopped and took a sec uh I probably uh I don't know it felt like forever, but I remember watching him fall and I I I don't know if I backed up or if I was next to it or what but I immediately get down behind the garage and I'm behind like bricks and I sat there and I'm watching and I can see there's a little like 12 inch by 4 inch like hole in the gate, like the gate had swung shut and I could see him and he's lying on the ground and he's got the gun in his hand and he's laying there, he's just going this, he's going back and forth and he's mumbling something and I can't hear what he's mumbling, but at that point, I'm consciously thinking if that gun comes up again and starts to point again, I'm gonna shoot again. Like um, ya know I called Davis, I do this cuz my mic sits right here on my uniform. I called Davis and I said ya know he's down, he's still got the gun in his hand I'm not going near him, and so I wait there uh, ya know, time is nonexistent, but I wait there and I wait until I I feel like he's unconscious like may like o.k. uh o.k. I feel like hes gone unconscious so I kick through the gate um uh it wasn't locked or anything I mean I just hit it and it came open, and I went up to him as fast as I could and I just kicked that gun away from him as I could and so out of his hand and went sliding down a little on that path there. and, so once I do that, I holster back up and I grabbed him and I he's he's kinda laying on his side, so I grab his right hand and I pull him flat and I jump down, uh, checked for a pulse and, ya know, obviously with my adrenaline I couldn't feel anything if there was something there or not, I don't know I was, ya know, but I get on and says get medics here. Cuz at this point I know I got to do everything I can to help him, ya, it's it's funny how your mind switches over because now, uh ,o I grab his right hand and I pull it flat and I because now, even though I'm involved, it's a scene that I'm in charge of and I've got to take care of so ya know so I sent medical in get a chopper, whatever I said helicopter, bird, ya know whatever, I said get it in the air, um and then I remember that at that point I saw Officer Thomas and I don't know if I said anything to him or I was just thinking it in my head, but I thought I don't know what to do to help him. Like ya know eh a a at that point I felt super helpless cuz I didn't know what to do to help him, um other than to get medical there. And they were, I don't know if they were waiting or in the area or what but they were there really quick. And so once they uh started working on him, o.k. your mind switches again. O.K. uh medical's doing their thing, we've got to get this scene locked down. We got to get it taken care of, we got to make sure, ya know, we gotta get things taped off, we gotta get evidence secured, we gotta uh so at that point I uh, ya know, uh oh, is it bad if I go back and forth? o.k."

Stricker: (inaudible)

Read: "At one point after, it was either sometime around the time I realized it wasn't Bret inside the house I called for multiple other units and the reason for that was um I'm thinking o.k. this is going to be a standoff we're going to have a barricaded we're going to have a SWAT situation here so I need to get the house secure and and part of the reason I got her, the the female out of there so fast was not only because was she a potential victim, but she's my intel. She's the one that's going to be telling me everything I need to know about the inside of the house and him inside of the house, so I told Officer Kasey, ya know, don't let anybody talk to her until we talk to her um because she was gonna be our eyes and ears inside of that house. Um, so I already got multiple units coming, so after it happens and I've got guys showing up I'm giving em orders I want you do this, I want you do that um, I grabbed cones from my vehicle to put on top of all the casings and and uh uh the gun and make sure nobody moved them. I told Officer Thomas, don't let anybody touch that gun, I told another officer tape this area off. I told Davis, I said get me cars blocking off the ends of the street, ya now, um basically at that point you're just trying to make shit happen, ya know, ta ta secure your scene and to make sure things are the way they should be, I guess, um"

Stricker: "How long do you think you were on scene before um several other officers got there?"

AGLIC-FARRAND 000121

Read: (pause) I I like from the time I called for them or the time I actually got there till the time they showed up, cuz cuz the first one showed up I think within a minute after shots were fired."

Stricker: "O.K. and do you know who that was?"

Read: "uh,II I can't remember his first name, I should, but his last name is Sheldon with Bountiful PD."

Stricker: "O.K. "

Read: "uh he was the first one I saw um come come running up, so."

Stricker: "O.K. what happened after that  after you kinda situated,  it sounded like you did as did as much, quite a bit, as mu quite a bit to preserve the scene."

Read: "Right, as much as I could I mean, this this crazy as it sounds this is my scene I want to make sure everything's handled appropriately, like not that I don't trust other guys but I want to make sure it's done right, um, I woh another thing I I remember when I was walking out of the backyard, there was a a slug just lying on the ground like in in the gateway like just lying on the ground. And I remember thinking shit, he he shot at me, like he, shot at me, you can't help but go through a little bit of panic ya know, thinking you and er uh, I don't know if he did I have no idea and th that's irrelevant I guess, but I remember thinking when I saw and the reason I thought that was because it wasn't it it was almost just like a shell had been taken out of the casing like just laying on the ground, uh or at least that's what it looked like to me and I thought shit, that he shot at me, I don't know, I don't know. Um, but after all that we uh get the protocol team coming and ya know I'm just I remember I was walking back and forth to my rig and I I'm mentally going through the steps of K what do we need next, what do we need next, and I'm having guys come up to me, what do you need? K now I need you to do this, K well now I need you to do this, you do a crime scene log ya know you get all that  ped off and and Sheldon was the one I gave all my cones to and I said you put a cone on every freaking piece of whatever you see, um I gave Officer Thomas my camera to start snapping photos, um and then"

Stricker: "Is Vincent still being worked on at this time?"

Read: "Oh yea yeah they're still working on him."

Stricker: "And is it in the little breezeway?""

Read: "so . . yeah they they're in the little breezeway and um he's still being worked on and at this point I don't remember whats happening or what's happening first or who I'm telling to do what first er um, I I know I told Officer Kasey, stay with her, we're gonna have you transport her to the PD in a minute but stay with her, don't let her talk to anybody, at one point Officer Thomas said, hey I need you over here and I called and said no no no I said stay with her, do not leave her side. Um, so that's going on uh, I'm trying to think (pause) uh, I just remember I I'm just trying to think of everything cuz at that point ya know you deal with the scene and then you go to first responder then you go to now it's a crime scene and they're all handled differently, they all require different ya know aspects of our training and and so ya know whatever it is we do and and my mind is is just making those changes and at that point, even though I'm involved mentally I'm not, I'm not involved I am now I look at it as if, at that point I was command  I was I was the one making sure shit was happening and getting done and uh in amongst all this, I remember them bringing him out and loading him up in the ambulance and taking him down to the helicopter which I could see cuz it was straight down 30 straight south in the old Dick's grocery store parking lot, and I could see it and I remember a few times while things were going on glancing down there and still seeing the helicopter there and then uh my chief showed up and said come sit in my car, I went and sat in his car and we traded guns and um uh few minutes after that th they took me back to the PD."

Stricker: "O.K. do you know who it was that took you back to the PD?"

Read: "It was my chief."

AGLIC-FARRAND 000122

Stricker: "Your chief did?"

Read: "Yeah"

Stricker: "O.K. so who was it that called to activate the protocol team, do you know?"

Read: "I want to say it was Officer Thomas."

Stricker: "O.K. um so it sounds like do do you know what he was doing in the background while you were doing all this?"

Read: "I and see this is another place where training is is just it's unreal how training comes together because after I fired and moved to cover, which is what we're taught in training. I fired, I moved to cover, I did the whole glance yay a know we're taught to shoot and then glance, I remember glancing just in time to see him saying shots fired over the radio, I don't remember exactly what words he said but something shots fired and I glanced back and that's when I'm focused through that little hole, so I from the time he started moving till the the time um, it all went down, I saw him for that millisecond and then I don't remember seeing him again until I was pulling Vince back and and checking his pulse."

Stricker: "O.K. did you know Vince's name prior to wrapping the call or how did ya or how did you . . "

Read: "no, no I I didn't know it was Vince until the wife said that's not Bret, Bret's not the one in the house and I don't know if I asked her or if she said I don't know if I said well what's his name or if she said its my husband, Vince or what but I remember she said Vince, so at that point it knew his name but I'd never met or dealt with the guy before."

Stricker: "O.K."

Read: "And I couldn't I couldn't tell you what he looks like now honestly."

Stricker: "O.K. how how tall do you remember stature uh."

Read: "um I remember uh I remember um he was kinda husky and I and I would put him at 6 foot 6' 2" and . . . um."

Stricker: "K, how tall are you?"

Read: "6' 4"

Stricker: "6' 4"?

Read: "Yeah."

Stricker: "K. So he was shorter than you a little bit. O.K. um I wanted to go back and ask you a couple questions. You said it was a suicidal but you heard the ATL come across on Bountiful's channel, is that right?"

Read: "right."

Stricker: "O.K.and so they dispatched you to, did they dispatch you to the actual house or was it your decision to go to the house?"

Read: "No they dispatched me to the house on a report of a suicidal."

Stricker: "O.K. and so uh you're dispatched by Davis County right?"

Read: "Right."

Stricker: "And so did you ever hear anything more on Bountiful's channel?"

Read: "no . . . no."

Stricker: "O.K."

Read: "because at that point I only scan Bountiful so if I'm talking and Davis is my primary channel like if there's communication going on I don't hear anything on Bountiful cuz I don't scan Bountiful on my handheld. Only in car"

Stricker: "O.K. . . just your car."

Read: "only in car and so in car only picks up obviously the channel I'm even talking on or my priority channel."

Stricker: "O.K. so you hear Bountiful dispatch what was do you remember exactly what is was that they dispatched?"

Read: "I don't, I just remember it was an ATL about a suicidal male going to confront another male in their city, reference a woman or, I I just remember thinking, oh shit, he's coming to do a murder suicide is what I thought."

Stricker: "O.K. and and you were dispatched to an actual suicidal."

Read: "Yes."

Stricker: "O.K. and you've never met this guy before?"

Read: "No."

Stricker: "O.K. his wife, you ever met her before?"

Read: "No."

Stricker: "O.K. um"

Read: "I couldn't tell you her name right now."

Stricker: "O.K. um when when you got there and you made contact with her, what kind of a mental state was she in?"

Read: "uh, she was she was pretty shaken, I mean, she's visibly upset, she's crying, uh ya know she's crying ya know, I don't want to say she's hysterical but she was, you could see she was scared."

Stricker: "was she still on the phone at all?"

Read: "Yeah, she was on the phone."

Stricker: "Do you know who she was talking to?"

Read: "No idea."

Stricker: "O.K. did she stay on the phone while you escorted her away from the property?"

Read: "um, the the phone might have been on, but I I'm I'm doing this, I'm dealing with her, watching the house, dealing with her, watching the house, uh so as far as the phone goes, I couldn't I couldn't tell ya."

Stricker: "O.K. and and you made mention that you had to put her in an arm bar in order to remove her."

Read: "Right"

Stricker: "Was she actively fighting you, or were . . "

Read: "She, she she wanted to stay there, she did not want to leave and I I basically was like no you're going to leave, I went to kinda escort her and she kinda pushed away and she pushed me and she's like I called you for help, and I I don't know if she said wasn't going anywhere, but basically was, her body language was, I ai I ain't leaving. And at that point, I'm in I'm in no, like it's it's not like o.k. well let me talk her into leaving. That's not happening, ya know, she's getting the hell out of there whether she likes it or not. Based on the circumstances and based on the information I had, she was uh she was going, she was not going to stay there."

Stricker: "O.K. um did you did you fear for her safety or why would she be going, what did you mean by?"

Read: "I was I I once I realized it wasn't Bret inside the house and it's some guy I don't know, all these things go through my mind K the fact that he took a gun, was going to confront another male, referenced something with her I'm assuming her at this point, so now she's part of the problem as far as I'm concerned, with their marriage and their relationship. So he's so he comes home, he's rethought it right, he's uh o.k. well that was stupid I I'm gonna come home, I'm gonna rethink it. He puts the gun in the safe, this is all information dispatch is giving me, he puts the gun in the safe. Well, as I'm walking up to the house, he's now got the gun back out of the safe, well, that's because he gets home, puts it away and says, just so you know, I've called the police so he's like well, and this is just all that I'm thinking, I don't know that's whats going on in his head, but that's what I'm thinking, is he's thinking on shit here comes the police, let's do this, and I don't need her there to uh either be a victim or uh, I don't need her there to help assist him in putting on a show for her because he's pissed off at her, um but my assumption is he's not very happy with her either and that's why she's hiding out behind the fence."

Rawson: "yes, if you feared for her safety."

Read: "Oh absolutely, absolutely, because if he comes outside, what's to stop him from trying to get at her, because he's pissed off at her, yea you're right, I was afraid for her safety. And like I said, when I first was telling it, she's a potential victim. Ya he he's potentially wants to shoot her to because it sounds like the discretion is between her and this other guy. And so, the fact that she's outside tells me that she's afraid, which uh makes uh u, when I saw her I I was nervous, I I was like oh shit cuz she's outside, she scared. Because we deal with these suicidal people I mean mean we get suicidal calls all the time where the family stays in the house with the person, they're not afraid for their own safety . the fact that she's outside tells me she's afraid for her own safety so now I'm afraid for her safety."

Stricker: "O.K. um let me go back and ask you a couple questions regards to, uh how long have you been an officer?"

Read: "Uh, well I started, I had 3, almost 3 months I think with South Ogden as a bailiff. And then uh I've been with Centerville, it will be 9 years uh the end of June."

Stricker: "Nine years?"

Read: "yeah."

Stricker: "O.K. and you did 3 months, did you say?"

Read: "yea it's about 3 months, I can't remember exactly, but it was only once or twice a week, so a bailiff, special functions officer I guess, doesn't count toward anything."

Stricker: "and that was with South Ogden?"

Read: "Yeah."

AGLIC-FARRAND 000125

Stricker: "Where did you go through the academy at?"

Read: "Uh, Weber."

Stricker: "do you remember what year?"

Read: "Graduated in 05, so 04. 04 05."

Stricker: "O.K. and what kind of handgun were you, was it your handgun that you shot with?"

Read: "Yes, yes, it was a Glock 22."

Stricker: "It was a Glock 22?  K"

Read: "The generation 4."

Stricker: "and is that, what caliber?"

Read: "uh 40."

Stricker: "40.  Do you remember how many bullets that you hold, or that you load in your magazines?"

Read: "I keep 14 in each mag and 1 in the chamber, so 1 down in the magazine."

Stricker: "uh let me ask, do you put 14 in the racket so you got 13 in the mag?"

Read: "No no.  I I "

Stricker: "Or do you put 15 in . . ."

Read: "I put 14 in, rack one in and then I put another one on top, so I guess 14."

Stricker: "So you got 15 in?"

Read: "I've got 15 in the gun and 14 in (inaudible) so each mag has 14 but the the chamber has one.  So"

Stricker: "O.K. so the gun has 15 and how many spare mags do you carry?"

Read: "two."

Stricker: "K and each of those 14.  Do you remember or do you know how many shots that you fired."

Read: "uh I do know cuz I was there when they counted down the gun, so 4."

Stricker: "O.K., so you shot 4 times?"

Read: "Right."

Stricker: "O.K."

Read: "I I wasn't certain about that until they counted down my gun."

AGLIC-FARRAND 000126

Stricker: "Who was it that counted down your gun?"

Read: "uh, Marley. Tell 'em I called him Bob Marley."

Stricker: "Did you watch him count down your gun?

Read: "yes."

Stricker: "and this is the gun that the chief took, right? This is the gun that the chief gave you?"

Read: "Right."

Stricker: "And do you remember how many bullets he counted?"

Read: "Uh, I remember there was 14 and 14 in my 2 spare mags and then 10, is what I remember."

Stricker: "K"

Read: "So he took 1 out of the chamber and then there was uh 9 in the magazine still."

Stricker: "So that's"

Read: "Uh no no no no, no I take that back. There was 10 in the magazine, 1 in the chamber, now I can't remember."

Stricker: "You're not certain?"

Read: "I'm not certain."

Stricker: "K. so originally you thought 10. Are you thinking there's 11?"

Read: "well, I remembering after he counted them down, I must have shot 4 times. So however many rounds that makes."

Stricker: (pause) uh would you mind, we have a white board here, would you mind uh drawing a diagram of the house and then we'll kinda go through this one more time, uh and have you replay it for me (moving inaudible). So we can (inaudible)

Read: "uh no, I'm good."

Herndon: "If we have to we can have him draw it on a blank piece of paper."

Stricker: "um, I'd rather a larger scale, (inaudible), let me grab uh "

Herndon: "Need a break?, need a break?"

Read: "uh no, I'm good."

(walking footsteps, rustling)

Read: "What color?"

Stricker: "Whatever you want?"

AGLIC-FARRAND 000127

Read: "uh so here's the garage and here's the white truck, um I want to say there was a car here, but I can't remember for sure."

Stricker: "O.K."

Read: "um But there's a breezeway right here that goes up to the house and then the house is right here, here's your front door, um here's that window I talked about. Now um do you want me to tell you what I remember or what I know now?"

Stricker: "What you remember."

Read: "O.K. my perception was that the sidewalk went like this, I now know that's not the case but that's while it was happening, that was my perception, so as I'm coming back right here that's when he comes out into the doorway, like the door opens and he stands here."

Stricker: "and you're saying you're coming back?"

Read: "this is cuz uh we we took her down to the to the sidewalk and sent her that way."

Stricker: "O.K."

Read: "Officer Kasey take her that way."

Stricker: "O.K. will you draw a north arrow up there too so I know which way the north is."

Read: "oh lets see, will that work? So I said take her south and he comes here, and uh, so he comes here and then he ﹏kes her, my perception is a little, see that's, little bit (inaudible) so it came out like this, over to the, so he's standing ﹍ere uh, and I immediately start giving him commands right there, ya know, drop it whatever."

Herndon: "Where are you now?"

Read: "I I'm walking back, so I'm about at the tailgate of the truck, and so then he comes out to here um about right there, and I come about to right there."

Stricker: "At what point did you see the gun?"

Read: "the second he walked out the door."

Stricker: "O.K."

Read: "I mean the the second he opened that door he stood in the doorway and he had the gun. So, but it wasn't till we got to about right here that I thought shit that I mean thats a real gun. But that's a real gun, that's a real gun."

Herndon: "How far?"

Read: "10 10-15 feet tops, um uh then we . . ."

Stricker: "At what point did you draw your hand gun?"

Read: "well I pulled it out about right here and I walked and it was probably about the time, uh like I walked with it by my side until the time I came out from behind the truck, and that's when I uh when . . . got around about . . . there to there . . .so, and then . . . um I now know that the side walk didn't do that but my perception was that he started walking along the sidewalk. And when he starts walking on the sidewalk, I um closing ground."

AGLIC-FARRAND 000128

Stricker: "So how do ya, what do you mean now you know the difference?"

Read: "I watched the news."

Stricker: "O.K. and so you saw something, how did the news uh?"

Read: "I just saw a picture of the house and saw that the sidewalk came out here to a to the driveway not back that way. But my perception at the time was I mean if I'm being honest was that he was walking along the sidewalk back to the gate."

Stricker: "O.K. and so walk me through then, what point are you giving commands if any. Where you at in relation to him when you're giving commands."

Read: "Uh I'm giving commands the whole time, o.k. now, uh, not only am I giving commands, I'm basically pleading with him uh because while we're standing right here I've got that window and I've got that door and all I can think is I got Officer Thomas when was he's coming out was behind the house but I I'm thinking what if somebody comes out of that house or what if somebody uh I was involved in an incident at 7-11 one time, where a guy fired a couple of rounds at his girlfriend and they pulled in 7-11 and they're parked in front of the store and while we're basically doing a felony stop on him there's multiple officers and we're got our guns on him, some guy walks right up to the window with his Slurpee in front of the car, with all our guns pointing at him, sitting there watching. So I'm thinking, what if somebody comes to that window and it trying to see what's going on, what if somebody comes out that door. All these things are going through my mind while we're having this little stand off right here. Um, as well as like the whole stupid thought that he's going to get lucky and shoot me in the face. Ya know, and I I I don't know if this sounds bad or not but I believe very strongly that I can fight through whatever you give me I'm gonna fight through it, but if you shoot me in the face, and the reason I I think shooting in the face and not head is because like I said, all these thoughts go through your head, got in a fight in high school once where I'm squared off with a guy and his friend punched me in the nose and when he punched me in the nose I couldn't see. My eyes welled up and uh I couldn't see and so that's what I'm thinking. I'm gonna get shot in the face and and I'm gonna be out, um, so all those things are going through my mind for what feels like forever and then he starts walking back and as he starts walking back ya know we kinda kinda closed ground, um,"

Stricker: "You made mention that he's uh initially you said that he made the comment shoot me?"

Read: "Shoot me, uh please shoot me uh at what point I said something like ya know drop the gun and he said you're gonna have to shoot me ur I don't remember exactly, but he's basically saying this is gonna go down like."

Stricker: "so there is a little bit of a dialog going on between the 2 of you?"

Read: "Right right, right, yea like I said I I'm telling you look man I've got a family too. Don't do this to me, I got a family too, don't do this to me, I don't wanna do this, ya know don't put me uh uh I don't know the exact words but basically I'm trying to get him to see that I'm a human being too, I don't want to be in this situation any more than he does. I and I'm trying to get him to understand that, uh anybody that works with me will tell you that I feel like my most powerful weapon I have is my words I've always felt that was and and and this situation, unfortunately I think that put me in danger. I think that seriously put me in danger cuz I felt like I'm gonna be able to talk him down, I'm gonna be able to talk this guy through this and I think that put me in alot a lot of danger and and I recognize that now and ya know you you just do what you can do."

Stricker: "Did did you ever fear for your own safety?"

Read: "I thought I was gonna die. Laughing . . "

Stricker: "I ask you that because uh you made the comment that you saw you saw your funeral. I remember, I had to argue explain to people why you let this guy kill you."

AGLIC-FARRAND 000129

Read: "Yes"

Stricker: "And the only reason I ask is is uh it's strange that you would come out and continue to approach him if you're having that thought, ya know what I mean, and so?"

Read: "I couldn't agree more."

Stricker: "so are you are you good with communication?"

Read: "Uh uh I think I'm very good at it."

Stricker: "So it sounds to me like you thought you could diffuse the situation."

Read: "Absolutely, absolutely, and uh that potentially uh and that bothers me, that bothers me, because that was potentially a great mistake was thinking that I could, bu but once I get to right here I'm telling you I looked into his eyes and he was checked out."

Stricker: "Was he looking at you at all?"

Read: "uh he was, he was he was looking at me and he was kinda like at uh one point like I say he kinda did this weird little laugh and then he sighed and then all those things to me are indicators that he's he's checked out but I'm right here and se see this this sucks. This is what I first thought, this is what I thought was gonna happen. I thought he's gonna get lucky and he's gonna shoot me in the face but Officer Thomas is going to shoot him, so he'll get his but I'm gonna go down for it and I'm gonna have to explain to my family that I let him shoot me. Which I'm doing at my own funeral, which doesn't make any sense but that's how I that's how I pictured it going down, I pictured I'm dead but he's gonna be. He he doesn't know that Officer Thomas is here, he has no idea or wherever it was that Officer Thomas was, he never looks at him, he never acknowledges him, so to me that's a benefit, to me he he doesn't know he's here, be because the reality is once he sees two of us all of a sudden the situation escalates, it just does. I mean now he's got 2 cops, so he doesn't pay any attention yet, so I don't I don't do anything, I don't acknowledge him I don't look at him I don't nothing, because right now he is out of the sight of him, he doesn't know he's here, him right here is is potentially going to be my advantage with because he doesn't know."

Stricker: "And do you know that Thomas is over there?"

Read: "I don't, um like I said there was there was a couple times I remember telling myself, K breathe, breathe, ya know, and it's just like it's so funny cuz it's just like they tell you in training and everything that you learn if you just (inhale) ya know just like this, as I breathe I could feel this happening and I would catch a glimpse of Thomas and like I said, I can't tell you if it was 20 feet, 10 feet, I can't tell you where he was. I just know that every once in a while I would catch out of my peripheral."

Stricker: "O.K."

Read: "So I don't know where he was or what's hes doing, but I know he didn't know he was there, so."

Stricker: "O.K."

Read: "Ya know, so that's fine, I mean that's fine that's probably that's probably a bad spot but I'd probably say because he's facing me I would know about Officer Thomas in this area."

Stricker: "O.K. at what point did you notice that the gun was real?"

Read: "About the time we came up to ya know as he's walking up the walkway and he turns it sideways, I mean I'm I'm right there I mean it's it was."

AGLIC-FARRAND 000130

Stricker: "10-15 feet?"

Read: "yeah, yeah. I mean I'm just guessing.

Stricker: "Oh sure."

Read: "But when we're doing, when he's walking up and I'm going to meet him I remember thinking shit that's a real gun. Because like ya said, ya know, I I've heard of the shooting where they weren't real guns."

Stricker: "What what gave you the indication that it was a real gun?"

Read: "Uh, just cuz cuz it looked to me like a Ruger 22."

Stricker: "All right."

Read: "I I mean I've seen them before so"

Stricker: "O.K. you made mention earlier that you saw his finger?"

Read: "Yeah I know. As he's standing here he's got the gun bladed just like this and he's sittin here I uh don't remember exactly what his stance was, but his finger is doing this in and out of the trigger hole. I mean it's uh he's just standing there doing it."

Stricker: "Did he ever say anything to you while he was doing that?"

Read: "no."

Stricker: "no?"

Read: "No, well I mean he's telling me I'm gonna have to shoot him, I mean but that that's kinda a repetitive thing, he's not saying anything about putting his finger on the trigger but when I told him stop putting your finger on the trigger, don't put your trig finger, tring, uh don't put your finger on the trigger again and that's when he kinda did the little, the little laugh and the sigh. And, he uh all these things to me are leading me to believe that he he's trying to build up the courage to make this thing happen."

Stricker: "O.K. and then what happened at that point?"

Read: "Um I I I don't know wh what what it was or why or any of that but at 1 point he starts walking back towards the gate."

Stricker: "Did he ever look back at you, acknowledge you, or"

Read: "we're we yea, uh I mean he's just doing this as he's walking to the gate, I mean we're still in co ya know eye contact with each other."

Stricker: "K"

Read: "yah know as he walking toward the gate "

Stricker: "So as he's walking toward the gate is he walking backwards or er has he just turned his head and continuing to watch you as he walks through the gate?"

AGLIC-FARRAND 000131

Read: "No, I mean he he's sideways to me like this to me like if you're me and I'm him, he's like this, ya know doing this number so."

Stricker: "So you've lost sight of the gun if that's the case?"

Read: "No I I'm mean (both talking) not the gun the whole thing but obviously it's on it's side but I can still see the gun is there, ya know."

Stricker: "O.K. O.K. so and then does he walk all the way to the gate that way?"

Read: "Yeah he walks, he walks (both talking) like I said my perception was he walked this way a bit, I mean he walks just back to the gate. And as he's walking to the gate, that's when I'm having all these thought processes of can't let him back in the house, can't let him, and for ya know, and uh for whatever reason, even though I know this door is right, this door right here, I'm not thinking about that door, I'm thinking he's gonna go to a back door. Ya know, and then I don't know why I'm thinking that, but that's what I'm thinking, is that he's gonna go to a back, this is when I still don't know if anybody is inside the house."

Stricker: "O.K. "

Read: "And I was, for whatever reason, thinking Officer Thomas is in the back yard and he's gonna get ambused. But all that, as soon as he reached the gate, all that went out of my mind.

Stricker: "So would you say you still had tunnel vision as you're following him to the gate?"

Read: "Um yeah."

Stricker: "And so you never saw Officer Thomas?"

Read: "No."

Stricker: "And so you weren't certain that Officer Thomas was over there?"

Read: "No, I had no idea where he was."

Stricker: "And so is it possible you thought Thomas had run around to that backyard, is that why you had that thought?"

Read: "Subconsciously, maybe."

Stricker: "O.K. so you never actually thought about whether Officer Thomas ran around back or not. O.K." but you did think about him being ambushed (inaudible), K where was that wood pile you mentioned earlier?"

Read: "Um so, can I do a little bit of a (inaudible) so if this is the house and the breezeway and like the gate, this is the breezeway by the garage and there's a door right here and right along this wall there was just stacks and stacks of wood. And it was weird to me because I remember that just from my brief encounter, cuz when I got that the female was here and I pulled her out and I remember when I pulled her out I saw that wood pile."

Stricker: "O.K. when um I want to slow down right here for the shooting part."

Read: "O.K."

Stricker: "K when he goes through that gate, tell me everything methodically, how far that gate opens, what you saw, what you thought, if you can't remember obviously. .. "

AGLIC-FARRAND 000132

Read: "Yea and that's easier said than done. Um I do remember once he hit the gate, I was I was."

Stricker: "Was the gate closed?"

.ead: "The gate was closed and I I sti seem to remember thinking it must have been on like a spring-load to shut it, I don't think it was, but I remember I I didn't have to do anything to open it to get her out and I don't remember him doing anything to open it, uh, like as far as with his hands and reaching up. I seem to remember like I was just able to push it and I don't know what he did as far as to get through the gate. But I remember as scared as I was right here times it by 1,000, and that's how scared I am here because the second I lose sight of that gun and he gets behind that gate, I'm dead I I was convinced I was dead, no 2 ways about it because I'd lost any sense of advantage that I had, it it's gone, I mean, and so when he gets to that gate, um, I remember the dog was there and I don't know if he was putting the dog in the back yard or what he was doing, but the gate was open enough for him to be standing in the gateway and I'll never I'll never forget probably my whole life, he turns to me and he he gives me this smirk like he may as well just said to me, and I told my wife this he may as well just said to me, 'you ready?' like he just turned to me it was like, ya know, whether he was just putting his dog up and he just wanted to make sure his dog was out of the way or whatever it was he was doing, he he turned and like I said, he's bladed like this and he just turns and looks at me and it it was like a smile, and I was like holy shit like at that point everything stands still but I don't I all I all I all I see at that point is this movement. And the next thing I know I'm thinking, I hear gunshots."

Stricker: "And is he in the gateway?"

Read: "Uh he was in like he might have been a foot inside um, but yeah, hes in, I mean he's right right in there."

Stricker: "Do you recall the gate shutting at all?"

Read: "The gate did shut um, and and I don't I don't know like how spring-loaded or what but I remember the gate ...eing shut, and so um I'm somewhere right here and so after I fire I immediately come to right here and I don't know ..ow far that distance is, but I come to right here and I get down, like this, and I already looked over like I remember I fire and then I do the thing and then I see Officer Thomas and at that point again, just in time for him to say "shots fired' and I don't know if I backed up or had to turn sideways or what but I get over behind this corner and I'm down like this and I could see through that little slot in the gate and he's still. He's still just sitting there and he's holding the gun and he's on his side and so the guns kinda moving while he's kinda just and he mumbling and I don't what he's saying buy he's mumbling something he's saying something and then uh, ya know he kinda goes back and then he he kinda goes still for a second and then like I don't know how to describe it but it was just kinda like relax. And so as soon as that happened, I I bust through the gate and uh I just run up and uh ya know kick the gun, holster it up and."

Herndon: "The gun was in his hand?"

Read: "The gun was in his hand."

Stricker: "K"

Herndon: "Can you give me an estimate of how far you were from your first shot?"

Read: "Ah geez, I don't know."

Herndon: "Compare this with the room, how far from you to the (inaudible)."

Read: "Um, maybe this far. I uh uh it's hard to say."

..stricker: "Do you uh you had mentioned that you you, the guy checked out, you'd thought the guy checked out and was gone, um did he give you any other indication other than a blank stare would you say a 1,000 miles (inaudible)."

AGLIC-FARRAND 000133

Read: "Right, you got I mean you've got the blank stare you've got the comments, ya know you're just gonna have to shoot me just shoot me ya know just shoot me uh and and he may have been saying other things, I don't know I don't remember but I do remember the you're gonna have to shoot me, ya know just just shoot me, I remember those things."

Stricker: "O.K."

Read: "um and then the the finger in and out and when I basically call him on that, hey don't do that and then the little nervous chuckle I guess is the best way I can put it ya know."

Stricker: "Can you give me an example of the nervous chuckle, I know that's kinda hard, I'm just wondering."

Read: "It's just like ha ha ho ho, ya know, or I don't know, it's hard it's hard. But you can im like right, I mean you can imagine a nervous chuckle like when your anxious about something, or, my mindset was that he he's building up the courage, is what I was thinking, he' building up the courage."

Stricker: "O.K. and you're thinking to kill you?"

Read: "oh absolutely."

Stricker: "K, is that the only weapon that you saw?"

Read: "uh huh."

Stricker: "K, did you know where she was at this point in time, did that thought, did you think about it?"

Read: "um, I I was hoping, I know the last place I left her was basically right behind me, but I told Officer Kasey get her out of here, take her south, get her out of here. So at that point, no I hadn't really thought much about it um, I guess it sounds bad but I was more thinking about me getting shot at that point. I'm worried more about what's behind him but I'm not worried about what's behind me cuz I think I he's gonna shoot me, that I I'm his first target, I'm right there in front of his face and so I guess my my subconscious is telling me that Officer Kasey did his job and got her outa there."

Stricker: "She's out of there. . . um, do you remember the last time that you went through and did a qualification on your firearm?"

Read: "What is it, uh last Fall"

Stricker: "O.K."

Read: "Oh or no no I take that back cuz we just got these new guns so it would have been a couple months ago, pretty recent cuz we just got these new guns and had to go qualify with them."

Stricker: "and you passed your qualifications?"

Read: "Yeah."

Stricker: "O.K. and so in 9 years, I assuming you've had extensive training and qualifications."

Read: "Right. I was the top shooter in my academy class"

Stricker: "were ya? You feel pretty comfortable and confident in your abilities?"

Read: "I do."

AGLIC-FARRAND 000134

Stricker: "O.K. um I I'm gonna ask you a golden question, do you feel deadly force was warranted?"

Read: "Yes I do. Not, it is what it is but I I don't see another way for that this could have ended. I see at this point here, I don't know, I still don't know if he fired or anything like that but I feel like at this point right here it was gonna be me explaining to my family how I got shot."

Stricker: "So, sounds to me, and uh uh you're biggest fear was your your own safety."

Read: "Yeah."

Stricker: "He looked at you and gave you a smirk, you thought, this is it. If he gets to this point, when he turned."

Read: "Ya know I I right here when he did that I thought about my wife and I I was I uh thinking I'm always telling my wife, don't worry about me, I'm good at what I do. Cuz she worries, she's my wife and I'm always tell her don't worry, don't worry about me I'm good at what I do. And I was thinking how am I gonna explain to her that I fucked this up. How am I going to explain to her from my casket from my funeral that I fucked this up, now the weird thing is that when it was all said and done and I cleared and I'd gone back to PD, all I wanted to do was to be with my kids, ya know, that was all I could think about was I wanted to go hug my kids and let, I don't know, you uh."

Stricker: "How are you doing now?"

Read: "I'm good, I'm good, I'm o.k."

Stricker: "How has the last 2 days been for you?"

Read: "Uh ya know I will say this, I will never ever ever again say a negative word about any other officer, ever again, and if I catch myself I'm gonna be really pissed off cuz we all know there are good cops and bad cops, we get I get that, it's no different than any other job. There's cops out there that probably shouldn't be cops, why when whu work your end when there's people that probably aren't cut out for it, K, and I've always, I've always been super critical of other officers and things they do but after this I now realize that every single one of us is potentially gonna be put in this situation and every single one of us puts vest on, every single one of us puts a belt on, every single one of us straps it on and goes to work every fucking day knowing this potentially going to happen and I will never, ever second guess another officer again. So that's what it's done for me."

Stricker: "K, John, do you have any other questions?"

Herndon: "you you can have a seat (inaudible) uh I think we're done with the diagrams, uh you can . Um, ya know I we were talking about your routine earlier, um I I I'd kinda like to know a little bit more about you, as far as a routine or what you do. You mentioned that you were a K-9 officer?"

Read: "Right."

Herndon: "Did you have your uh dog with you that day?"

Read: "I did."

Herndon: "O.K. and um, we didn't get into that, but ya know, the question will come up as as to there a reason why you didn't deploy your dog?"

Read: "My dog is a single purpose narcotics, he's not an apprehension dog. My dog is one of the friendliest dogs you'll ever meet, so."

07/01/14 12:51PM CDT, 8667472740'. -> 7138313028
AGLIC-FARRAND 000135

Herndon: "O.K. and oh uh lets talk about your routine, ya know, a normal day going to work. Um, by getting ready and everything. Yeah"

Read: "Um when it's time to get ready for work, I typically jump in the shower. I keep my uniform and all my police .uff downstairs in my exercise room. Um, uh I I'm not an officer when I'm outside work, anybody that knows me will tell ya I had a neighbor that lived next to me for a year before he even knew what I did for a living, because I it's my job I do it at work, but I also understand that when I'm home, I'm home and so I keep all my police stuff separate as much as I can, my car, I I don't drive my car off-duty, my car stays in the garage unless it's to or from work. Um, so I keep all my stuff separate so I'll typically go up, get in the shower and uh I'll go downstairs, put my uniform on, get all my stuff together and then I'll go upstairs, my wife usually has my lunch ready, I grab my lunch I grab the dog throw him in the truck, throw my lunch in the truck and I'm off."

Herndon: "K and and as far you your gun belt and such, that's all downstairs?"

Read: "Yeah, I have a safe so when I when I I put my taser and my gun in the safe and I'll stick my flashlight on the charger and I'll set my radio down. I have a charger with 2 batteries for my radio and I just basically switch em. Um, but the the gun and the taser go in the safe and then when it's time to get ready I I get, they're the last thing to come out like when I've got all my stuff on, taser comes out, gun comes out. When I get home, gun goes in, taser goes in, oh excuse me uh and then then my uniform comes off."

Herndon: "O.K."

Read: "So that's that's."

Herndon: "so you get in your car and you you just start driving it?"

Read: "yeah."

Herndon: "You live uh "

Read: "Where I live, I live actually here in Syracuse, so I can show you what I do, um I live right here so I I basically have 3 ways that I take to work and 3 ways that I take home. I have Antelope Dr. that I'll take up to I-15, I have Gordon, which I'll take up to I-15 and then I have, what's that, uh yeah that's Gordon. Then I have the Bluff or Gentile that I'll take up, uh the one those those are the 3 ways within the vicinity of my house but uh Gentile, there's a like couple of different ways, like sometimes I'll take Angel, the back way um and I'll take back roads all the way in. Sometimes I'll come across and I'll take 200 North in Kaysville up to Main and it's the same way coming home, I I typically take one of the the different routes, so it's never, it's not like every Tuesday I take this route or it just kinda depends on and um whatever and there's no rhyme or reason to it."

Herndon: "O.K. and you you're routine for the day, you say you sign on when you get close. And the then do you just go to the office or do you stay out?"

Read: "um the office, no I uh, typically go to the office or somewhere else in the city to do what we call pass on."

Herndon: "umm hum."

Read: " where you meet up with the cars that are ready to go home, what happened today ya know, that kind of stuff, that's typically how you start your shift."

Herndon: "O.K. and so uh other than hearing the radio call or the dispatch call and reading it uh on your way, Sunday, that was pretty much how you started your day, uh "

Read: "Right."

AGLIC-FARRAND 000136

Herndon: "Same routine, right? O.K. um" (pause) do you have a car camera in your car."

Read: "I do"

Herndon: "O.K. was it operating?"

Read: "Uh I don't know. It wasn't when I went back to check it um and I don't know why. Uh I I have my thoughts on why, uh typically when we run code, our cameras are automatically turn on when you go to stage 3 which is lights and sirens. Um, and so I went lights and sirens, but as soon as I got into the area, I didn't want the guy to hear me so obviously I turn off the siren, turn off my overhead lights and and once I'm close enough to the vicinity I turn on all that stuff on."

Herndon: "would that set shut your camera off?'

Read: "It wouldn't, but my concern is that muscle memory, cuz all too often we get called to calls where we're cancelled or you'll uh, you you activatie them for whatever reason but then as soon as you're done you're like I didn't need that and you reach down and turn off the camera, cuz the camera doesn't stop until you stop it. So I'm afraid that when I turned off my lights, just muscle memory I reached down and shut off the camera, but I thought it was on the entire time, in fact, it was when I was with the chief that I thought, a. I need to go check on my dog and b. I need to go make sure my camera's running. That's when I went back and saw that my camera was not running and I don't know why, I don't remember, I recall reaching down and pushing stop, that's the only thing that ca makes sense to me, cuz that's what I did."

Stricker: "Do you have any questions for me, Jason?"

Read: "I can't think of any, that just all I know to do is to tell you guys what happened and you just do what you do from ..iere, so."

Stricker: "Yeah like I said uh just as a protocol team obviously there are several agencies all been assigned with several different tasks, uh in collecting the evidence and that kind of stuff and uh we uh, we we're tentatively planning next Thursday in presenting this case to the county attorney and (inaudible) we like to do about the 2, 2 week mark uh but due to other obligations we'l have to push it to 2 ½ - 3 weeks out and we'd rather do it a couple days before instead of later. Um uh it obviously we we're not going to present it if theres any evidence or information that we're waiting to come back that's pretty vital in regards to that but um, we hope to to present that to them next Thursday and then um, obviously I won't be in contact with you in regards to that, that'll have to be something that will just come from their office. If you have any questions or anything that we can answer obviously, um we we're here uh and and provide any form of communication to you but it's them that makes the decision, not us. Um, do you have a pretty good support group?"

Read: "I do."

Stricker: "O.K.

Read: "I have a great support group."

Stricker: "If you have any issues, troubles, "

Read: "No, everyone keeps telling telling me it's coming but so far I' I've been o.k."

Stricker: "O.K. and wha what do you mean by it's coming?"

AGLIC-FARRAND 000137

Read: "that I uh I I've taken a number of phone calls from people that say it it's gonna get you, like you you're it's gonna catch up with you and I assume that means that I'm gonna have a hard time with it. Um, "

Stricker: "Are they referring to you like 2nd guessing your decision?"

Read: "Uh no, no I think they're more referring to just uh you're gonna get depressed, uh you're gonna start realizing you have to live with this for the rest of your life. And good, bad or indifferent, um I don't look at it that day that I made that choice, uh uh I I uh think that was his choice and he just used me to facilitate it, is the way I see it and that's what I tell myself."

Stricker: "Uh so do you believe it was a sui like a suicide by cop?"

Read: "Uh, um"

Stricker: "That's the impression I take when you make that comment."

Read: "Uh that's tough, that's tough, cuz uh."

Stricker: "What do you mean by he made you do it?"

Read: "that's just what I tell myself, that's what I'm having to tell myself, if that makes sense?"

Stricker: "O.K."

Read: "Um, I thought I was gonna die and I struggled with that a little bit, I struggle with the fact that I uh ya know, and I don't know if I want to know or do or know whether or not he fired, um but mentally I have to tell myself that, it is what is. Ya know"

Stricker: "K, like I said, I I'll be happy to go over any facts that I have when I can discuss them with ya and answer any questions that you have on the information that we've found as uh as a board or a protocol team. And uh uh let me give you my contact information here as well um do you have any other questions?"

Read: "Uh do I do I have to know things?"

Stricker: "No, no it's up to you, if you want to know, I'm happy to tell you whatever you want to know."

Read: "O.K. "

Stricker: "and uh uh just uh to let you know I uh uh have the kinda the same dialog with his spouse um she's privy to some information, obviously she's not privy to everything but I imagine that she's privy will be the same time that you be privy to everything."

Read: "O.K."

Stricker: "Um (pause) if you have any questions, uh anything like that feel free to give me a call at any time."

Read: "O.K."

Stricker: "And go from there so, anything else?"

Read: "All right."

Herndon: "Conclude the interview what 3:20 uh 3?"

AGLIC-FARRAND 000138

Stricker: "Yup, 15:23, all right."