# APPENDIX K

IN RE: VINCE FARRAND

AUDIO TRANSCRIPTION

OF FILE LABELED "GARY THOMAS 1st.wav"

Audio Transcription - Gary Thomas

Page 2

```
 1         OFFICER THOMAS:  Copy that.  Affirm.  Go       00:05:40
 2  with him.                                              00:05:40
 3             (Woman's voice inaudible)                   00:05:40
 4         OFFICER THOMAS:  Preston, I'm here.             00:05:40
 5  I'm going to go around.                                00:05:40
 6         OFFICER THOMAS:  Drop the gun.  Drop the        00:08:36
 7  gun, Vince.  Drop the gun.  Vince, drop it, drop it.   00:08:38
 8         VINCE FARRAND:  Do it.                          00:08:40
 9         OFFICER JASON:  I don't want to do it.  Drop    00:08:40
10  it.                                                    00:08:43
11         VINCE FARRAND:  Do it.                          00:08:43
12         OFFICER JASON:  Don't put your finger on        00:08:43
13  that trigger, man.  Don't put your finger on that      00:08:49
14  trigger.                                               00:08:49
15         VINCE FARRAND:  Do it.                          00:08:49
16         OFFICER JASON:  Drop the gun.  Drop the gun,    00:08:49
17  Vince.  Vince, come on, man.                           00:08:52
18         VINCE FARRAND:  Shot me, guy.                   00:08:59
19         OFFICER JASON:  No, I got a family, man.        00:08:59
20  Don't do this to me.                                   00:09:03
21         VINCE FARRAND:  So do I.  (Inaudible)           00:09:03
22         OFFICER JASON:  Okay.  I don't want to do       00:09:03
23  this.  Vince -- Vince, drop the gun.  Vince.           00:09:07
24             (Shots fired.)                              00:09:17
25         OFFICER JASON:  God damn it.                    00:09:22
```

Stratos Legal Services
800-971-1127

| | | |
|---|---|---|
| 1 | OFFICER THOMAS: Looks like there's six | 00:09:22 |
| 2 | shots fired. Did you see him? | 00:09:24 |
| 3 | OFFICER JASON: He turned and pointed it. | 00:09:32 |
| 4 | OFFICER THOMAS: Where's he at? | 00:09:32 |
| 5 | OFFICER JASON: He's on the floor. | 00:09:35 |
| 6 | OFFICER THOMAS: Huh? 56, send us | 00:09:37 |
| 7 | everything you got. Get a chopper in the air. You | 00:09:55 |
| 8 | okay, buddy? | 00:10:44 |
| 9 | OFFICER JASON: Yeah. Is that his round or | 00:10:45 |
| 10 | mine? | 00:10:49 |
| 11 | OFFICER THOMAS: Don't touch anything. | 00:10:51 |
| 12 | Victor 6, notify Victor 1, 2, 3 and 4 and 25 and get | 00:10:53 |
| 13 | our detectives all in route. I fell trying to get | 00:10:59 |
| 14 | back around here. | 00:11:02 |
| 15 | OFFICER JASON: You all right? | 00:11:11 |
| 16 | OFFICER THOMAS: He's going into full | 00:11:11 |
| 17 | arrest. | 00:11:20 |
| 18 | OFFICER JASON: Yeah, well, we can't -- | 00:11:20 |
| 19 | there's nothing we can do unfortunately. | 00:11:20 |
| 20 | OFFICER CASEY: Ambulance is coming. | 00:11:20 |
| 21 | OFFICER JASON: Send them back. | 00:11:20 |
| 22 | OFFICER THOMAS: I was running over here to | 00:11:38 |
| 23 | see if he was going this direction. | 00:11:39 |
| 24 | OFFICER JASON: He came around this gate and | 00:11:46 |
| 25 | he took the gun and did like that and then went to | 00:11:46 |

| | | |
|---|---|---|
| 1 | slam the gate and I just -- | 00:11:46 |
| 2 | OFFICER THOMAS:  You're all right. | 00:11:53 |
| 3 | OFFICER JASON:  I couldn't -- I put myself | 00:11:55 |
| 4 | on the shitty side. | 00:11:56 |
| 5 | OFFICER THOMAS:  Victor 6 also do the south | 00:11:57 |
| 6 | end protocol. | 00:12:00 |

```
 1  COUNTY OF HARRIS                                          00:12:01
 2  STATE OF TEXAS                                            00:12:01
 3                  REPORTER'S CERTIFICATE                    00:12:01
 4     I, Jill M. Vaughan, Certified Court Reporter in and    00:12:01
 5  for the State of Texas, do hereby certify:                00:12:01
 6      That the matters set forth in the foregoing           00:12:01
 7  transcript were taken down in machine shorthand by        00:12:01
 8  me while listening to an audio recording to the best      00:12:01
 9  of my ability and thereafter reduced to typewriting.      00:12:01
10      I further certify that I am neither counsel for,      00:12:01
11  related to, nor employed by any of the parties in the     00:12:01
12  action in which this proceeding was taken, and further    00:12:01
13  that I am not financially or otherwise interested in the  00:12:01
14  outcome of this action.                                   00:12:01
15      Certified to by me on this 4th day of                 00:12:01
16  June, 2018.                                               00:12:01
17      _____                        00:12:01
18      Jill M. Vaughan, CSR, RPR                             00:12:01
        Texas CSR 6192                                        00:12:01
19      Expiration:  12-31-19                                 00:12:01
        Stratos Legal Services                                00:12:01
20      Firm No. 125                                          00:12:01
        4295 San Felipe                                       00:12:01
21      Suite 125                                             00:12:01
        Houston, TX 75201                                     00:12:01
22      713-481-2180                                          00:12:01
23                                                            00:12:01
24
25
```