# APPENDIX Q

## Curry & Associates

**Phone:** 806-698-0400
**Fax:** 866-747-2740

# FAX

**To:** 7138313028      **From:** Alan Curry
**Re:**                 **Date:** 06/18/2014

Alan Curry, ALHC

Curry & Associates
5109 82nd, Ste. 7-237
Lubbock, TX 79424
Phone 806-698-0400
Fax 866-747-2740

5109 82nd Street, Ste. 7-237, Lubbock, TX 79424

AGLIC-FARRAND 000027

# Policy Number
# YMC0171575

AGLIC-FARRAND 000028

# Curry & Associates

*5109 82nd St., Ste. 7237*
*Lubbock, TX 79424*
*Phone 806-698-0400*
*Fax 806-698-0430*
*E-Mail alcurry@sbcglobal.net*

## CONFIDENTIAL REPORT

| | | | |
|---|---|---|---|
| Date: | 6/18/14 | Report Status: | Partial |
| Name: | **Vincent Farrand** | Activity Dates: | 6/10-18/14 |
| Address: | 550 So. 300 E. | Date of Next Report | 7/2/14 |
| City: | Centerville | Company Name: | American General Ins. Co. |
| State: | UT | Requestor Name: | **Phillip Evans** |
| Zip: | 84014 | Phone: | 713-831-2031 |
| SS#: | | File Number: | **YMC0171575** |
| Phone: | Redacted | Inv. Type: | Death Claim |
| DOB: | Redacted | | |
| Employer: | | | |

## INVESTIGATIVE SUMMARY

| Source of Contact | Pending/Complete | Enclosure |
|---|---|---|
| Internet Research | Complete | Enclosed |
| Clearfield Police Department | Complete | See Remarks |
| County Attorney – Neal Geddes | Pending | See Remarks |
| Utah State Medical Examiner | Pending | See Remarks |
| Molly Farrand | Pending | See Remarks |

*"Your investigative resource for superior service."*

**AGLIC-FARRAND 000029**

## INFORMATION

**INTERNET RESEARCH**
6/9/14

Attachment "A" is a printout of an article related to the insured's death.

**CLEARFIELD POLICE DEPARTMENT**
**FOIA OFFICE**
**CLEARFIELD, UT**
**801-525-2812 PHONE**
**801-525-2860 FAX**
**6/10-13-16/14**

A FOIA request was submitted for a complete copy of the investigative report regarding the insured's death.

Bettina contacted this office and advised that they have completed their investigation, but can't release this report. The Davis County Attorney's office is now handling the matter and they must approve the release of any information. She has forwarded a copy of the FOIA request to Neal Geddes, Davis County Attorney.

**NEAL GEDDES**
**DAVIS COUNTY ATTORNEY**
**801 STATE ST.**
**FARMINGTON, UT**
**801-451-4354**
**6/17-18/14**

This source was contacted in an effort to obtain a copy of the Clearfield Police Report. Mr. Geddes states that they have already released a report to American General Ins. Co. He was advised that they have not received this report and have no person named Debra Bennett involved with this claim. He has not received a copy of the FOIA request that was forwarded by the Clearfield Police Dept. The request was e-mailed to him on 6/18/14. He contacted the undersigned and advised that the report had been released to another insurance company (UNUM – Ms. Debra Bennett 800-445-0402, Ext. 56921). He will review the request and respond.

**UTAH MEDICAL EXAMINER**
**48 N. MANO CAPECHI DR.**
**SALT LAKE CITY, UT**
**801-584-8410**
**6/10/14**

Contact was made with Vickie. She states that the autopsy report is complete. However, they require a notarized authorization signed by the next of kin and a $35.00 pre-payment.

Upon receipt of the notarized HIPAA form, a request will be submitted for a copy of the autopsy and toxicology reports.

---

*"Your investigative resource for superior service worldwide"*

---

3

**MOLLY FARRAND**
**550 SO. 300 E.**
**CENTERVILLE, UT**
Redacted
Redacted @YAHOO.COM
6/11-16-17/14

Efforts were made to contact this source to obtain the notarized authorization to obtain a copy of the Autopsy Report. Messages were left at the above telephone number. However, the messages were not answered.

On 6/17/14, an e-mail was sent to the above address. This source re-contacted the undersigned and agreed to sign and notarize the HIPAA form.

On 6/18/14, this source states that she has mailed the document to the undersigned.

Alan Curry, ALHC
Claims Consultant

*"Your investigative resource for superior service worldwide"*