# APPENDIX R

**Curry & Associates**

**Phone:** 806-698-0400
**Fax:** 866-747-2740

# FAX

**To:** 7138313028         **From:** Alan Curry
**Re:**                    **Date:** 07/01/2014

Alan Curry, ALHC

Curry & Associates
5109 82nd, Ste. 7-237
Lubbock, TX 79424
Phone 806-698-0400
Fax 866-747-2740

5109 82nd Street, Ste. 7-237, Lubbock, TX 79424

AGLIC-FARRAND 000035

# Policy Number
# YMC0171575

AGLIC-FARRAND 000036

# Curry & Associates

*5109 82nd St., Ste. 7237*
*Lubbock, TX 79424*
*Phone 806-698-0400*
*Fax 806-698-0430*
*E-Mail alcurry@sbcglobal.net*

## *CONFIDENTIAL REPORT*

| | | | |
|---|---|---|---|
| Date: | 6/27/14 | Report Status: | Partial |
| Name: | **Vincent Farrand** | Activity Dates: | 6/26/14 |
| Address: | 550 So. 300 E. | Date of Next Report | 7/11/14 |
| City: | Centerville | Company Name: | American General Ins. Co. |
| State: | UT | Requestor Name: | **Phillip Evans** |
| Zip: | 84014 | Phone: | 713-831-2031 |
| SS#: | Redacted | File Number: | **YMC0171575** |
| Phone: | | Inv. Type: | Death Claim |
| DOB: | | | |
| Employer: | | | |

## INVESTIGATIVE SUMMARY

| Source of Contact | Pending/Complete | Enclosure |
|---|---|---|
| Internet Research | Complete | Report of 6/18/14 |
| Molly Farrand | Complete | Enclosed |
| Clearfield Police Department | Complete | Report of 6/18/14 |
| County Attorney – Neal Geddes | Complete | Enclosed |
| Utah State Medical Examiner | Pending | See Remarks |

*"Your investigative resource for superior service."*

AGLIC-FARRAND 000037

2

## INFORMATION

**MOLLY FARRAND**
550 SO. 300 E.
CENTERVILLE, UT
[Redacted]@YAHOO.COM
6/23/14

Attachment "B" is a copy of the notarized HIPAA form signed by this source.

**NEAL GEDDES**
**DAVIS COUNTY ATTORNEY**
801 STATE ST.
FARMINGTON, UT
801-451-4354
6/26/14

Follow-up was made with this source on this date. He was asked for a status of the requested police report. This source forwarded copies of the records on this date.

Attachment "C" is a copy of the police report that is considered releasable by this source.

**UTAH MEDICAL EXAMINER**
48 N. MANO CAPECHI DR.
SALT LAKE CITY, UT
801-584-8410
6/24/14

A request, special authorization and pre-payment were submitted for a copy of the autopsy and toxicology reports.

Alan Curry, ALHC
Claims Consultant

*"Your investigative resource for superior service worldwide"*