

# APPENDIX S

**Curry & Associates**

**Phone:** 806-698-0400
**Fax:** 866-747-2740

# FAX

**To:** 7138313028
**Re:**

**From:** Alan Curry
**Date:** 07/15/2014

Alan Curry, ALHC

Curry & Associates
5109 82nd, Ste. 7-237
Lubbock, TX 79424
Phone 806-698-0400
Fax 866-747-2740

5109 82nd Street, Ste. 7-237, Lubbock, TX 79424

# Policy Number
# YMC0171575

# Curry & Associates

*5109 82nd St., Ste. 7237*
*Lubbock, TX 79424*
*Phone 806-698-0400*
*Fax 806-698-0430*
*E-Mail alcurry@sbcglobal.net*


## *CONFIDENTIAL REPORT*

| | | | |
|---|---|---|---|
| **Date:** | 7/15/14 | **Report Status:** | Final |
| **Name:** | **Vincent Farrand** | **Activity Dates:** | 7/14/14 |
| **Address:** | 550 So. 300 E. | **Date of Next Report** | |
| **City:** | Centerville | **Company Name:** | American General Ins. Co. |
| **State:** | UT | **Requestor Name:** | **Phillip Evans** |
| **Zip:** | 84014 | **Phone:** | 713-831-2031 |
| **SS#:** | | **File Number:** | **YMC0171575** |
| **Phone:** | Redacted | **Inv. Type:** | Death Claim |
| **DOB:** | Redacted | | |
| **Employer:** | | | |

## INVESTIGATIVE SUMMARY

| Source of Contact | Pending/Complete | Enclosure |
|---|---|---|
| Internet Research | Complete | Report of 6/18/14 |
| Molly Farrand | Complete | Report of 6/25/14 |
| Clearfield Police Department | Complete | Report of 6/18/14 |
| County Attorney – Neal Geddes | Complete | Report of 6/25/14 |
| Utah State Medical Examiner | Complete | Enclosed |

**INFORMATION**

**UTAH MEDICAL EXAMINER**
**48 N. MANO CAPECHI DR.**
**SALT LAKE CITY, UT**
**801-584-8410**
**7/14/14**

**Attachment "D"** is a copy of the autopsy and toxicology reports regarding the death of the insured.

Alan Curry, ALHC
Claims Consultant

# Attachment "D"

## "Autopsy/Toxicology Report"

UTAH DEPARTMENT OF HEALTH

48 N. Mario Capecchi Dr.
Salt Lake City, UT 84113
Phone (801)584-8410
Fax (801)584-8435

*Office of the Medical Examiner*

Todd C. Grey, M.D., Chief Medical Examiner
Edward A. Leis, M.D., Deputy Chief Medical Examiner

Erik D. Christensen, M.D.
Pamela S. Ulmer, D.O.
Julie A. Schrader, D.O.
Joseph K. White, D.O.
Assistant Medical Examiners

Keith Stephens
Chief Investigator

## REPORT OF EXAMINATION

Name: **FARRAND, Vincent John**
Case #: **R201400737**
Age: 38
Race: Caucasian
Sex: Male

Date & Time of Death: 04/13/2014 – 16:25
Date & Time of Exam: 04/14/2014 – 08:03
Examination by: Edward A. Leis, M.D.
Investigating Agency: Clearfield P.D.
Exam Witnesses: Jake Alexander, Centerville P.D.
John Herndon, Davis Co. DA
Chad Nicholls, Davis Co. CSI

Manner of Death: Homicide
Immediate Cause of Death: Gunshot wounds of the torso

## FINAL PATHOLOGIC DIAGNOSES

I. Penetrating gunshot wound of left back:
   A. Indeterminate range entrance wound, left upper back.
   B. Perforation, posterior T4.
      1. No direct injury to spinal cord identified.
   C. Perforation, right upper lung lobe.
   D. Exit wound, right axilla with re-entrance wound at posterior medial right upper arm.
   E. Minimally deformed partially jacketed projectile recovered left tricep.

II. Penetrating gunshot wound of right upper back:
   A. Indeterminate range entrance wound, medial right upper back.
   B. Fracture, posterior medial right 5th rib.
   C. Graze entry of right middle lung lobe.
   D. Fracture, right 3rd rib, anterior laterally.
   E. Exit defect, anterior right axilla.
   F. Re-entrance defect, posterior medial right arm.
   G. Subcutaneous projectile recovered beneath skin on right bicep.

III. Pseudo-stippling lateral right bicep and proximal forearm.

IV. Hemothorax, right, 100 ml.
   A. Status-post chest tube placement, bilateral.

V. Acute alcohol intoxication.

Toxicology results:
Ethanol: ............................ 0.21 g/dl blood, 0.22 g/dl vitreous

**Report of Examination**

Name - **FARRAND, Vincent John** Case No. – **R201400737**

**OPINION:** This 38 year-old Caucasian male, Vincent Farrand, died of gunshot wounds of the torso when he was shot twice by law enforcement. The projectiles initially struck the decedent in the back, traveled through his right chest cavity, then exited the chest and re-entered the right arm with both projectiles recovered in the right upper arm.

Edward A. Leis, M.D
Deputy Chief Medical Examiner
Date Signed: 5/6/14

EAL/bg

## EXTERNAL EXAMINATION

Received in a sealed blue body bag and wrapped in plastic and cloth sheets is the minimally clothed body of a normally developed, well-nourished Caucasian male. The deceased is received wearing black underpants. A separately submitted black polo shirt is in a sealed paper bag. All personal effects are submitted as evidence to the Davis County CSI representative.

The body weighs approximately 107 kg (236 lbs.) and measures approximately 187 cm (73.6 inches) in length with a calculated Body Mass Index of 30.6 kg/m$^2$. The individual appears compatible with the stated age of 38 years. The body is cold. Rigor is hard in the larger joints of the extremities and also rigid in the jaw. Lividity is posterior, light red-purple, and fixed, except in areas exposed to pressure.

The scalp hair is brown with a lighter colored thin mustache and short full beard. The eyes are blue with symmetric pupils and unremarkable sclerae and conjunctivae. Both ears are pierced with rings through both piercings. The nose is free of palpable fracture. No injuries are noted in the mouth. Upper and lower natural teeth are in place. Examination of the neck reveals no evidence of injury.

The chest is symmetrical and free of external evidence of injury. Injuries to the right axilla are as described below. The abdomen is flat and free of distinguishing markings or scars.

The upper and lower extremities are normally developed and symmetrical. There is a palpable subcutaneous projectile just below a faint bruise noted on the anterior right bicep region. A 1.9 x 0.5 cm horizontal abrasion with overlying skin tags is on the medial right elbow region. There is a round 2.1 x 1.9 cm abrasion with superficial laceration over the point of the right elbow with some bruising noted laterally. A small fading bruise is on the anterior lateral left upper arm. A tattoo of a spiral is on the anterior lateral left wrist.

The hands are received bagged. Smears of blood are noted on the fingertips of the left hand and also on the heel of the left palm. A few light smears are noted on the fingertips and the distal posterior aspect of the fingers of the right hand. A light purple bruise is on the posterior lateral aspect of the left hand. A short scratch is at the posterior base of the left 5th finger.

Small fading bruises measuring up to 2.3 cm are noted on the proximal right thigh (x 2), the anterior medial right thigh and just above and medial to the right knee. A band-aid is on the center portion of the right shin beneath which is a small superficial ulcer having a moist tan base. An 8 cm vertical old scar is on the anterior distal left lower extremity above the level of the ankle. A 4 cm bruise is on the left medial malleolus. A few small fading ecchymoses are just above the right popliteal fossa.

Two gunshot wounds of entrance are located on the upper back as described below. External genitalia are those of a circumcised male.

**Medical therapy:** A nasal trumpet present in each nare. An endotracheal tube is inserted via the mouth. Cardiac monitor pads are located below the lateral aspects of both clavicles and on the lower abdomen bilaterally. Cardiac monitor/de-fibrillator pads are on the right upper chest and left upper abdomen. Elliptical incisions with minimal associated hemorrhage are noted on the lateral chest bilaterally, consistent with chest tube incision sites. Intraosseous lines are in both pretibial regions.

**Report of Autopsy**

**Name - FARRAND, Vincent John** **Case No. – R201400737**

**DESCRIPTION OF INJURIES**

The following wounds are arbitrarily labels 1, 2, A, B, C, and D without inference as to the order in which they were inflicted. Wounds 1 and 2 are the primary entrance wounds.

I. PENETRATING GUNSHOT WOUND TO LEFT UPPER BACK: Located on the left upper back, 33 cm below the vertex of the head and 4.1 cm to the left of the midline is an indeterminate range gunshot wound of entrance (**Wound 1**). This wound is 149.5 cm above the heel (59 inches). It consists of a horizontally oriented teardrop shaped defect. The wound has an overall measurement of 1.6 x 1.0 cm with exposed angled subcutaneous tissue at the 9 o'clock margin. The penetrating defect is located at the 3 o'clock position and measures up to 0.7 cm in diameter. The edges of the wound are sharply defined with minimal marginal abrasion. No soot or stippling is noted.

Located at the 2 o'clock position from the entrance wound, centered 2.5 cm from the main penetrating defect, is a 0.9 x 0.6 cm irregular round superficial abrasion. Two short linear abrasions measuring 0.2 and 0.3 cm are located immediately beneath the round abrasion.

Radiographic examination discloses retained projectiles (x2) in the right upper arm. There is no fracture of the right humerus.

The projectile enters the back and strikes the spinal processes of the 4th thoracic vertebra with fractures noted just posterior and to the right of the spinal cord. The wound path travels posterior to the spinal cord. The dura around the cord remains intact. There is slight discoloration of the posterior surface of the spinal cord. The projectile then perforates the right upper lung lobe and then exits the chest cavity at the 3rd intercostal space anterior laterally.

There is hemorrhage noted in the chest wall external to the 3rd intercostal space. No main vascular structures are noted to be injured. Located in the lower right axilla, 7 cm above the nipple line and 13.5 cm lateral to the right nipple (with the arm extended upward) is a gunshot wound of exit (**Wound C**). It consists of a vertical 1.4 x 1.0 cm teardrop shaped wound having a small skin flap attached at the 3 o'clock position. There is no shored abrasion associated with this defect but focal light bruising is noted at the edges and lighter blue bruising extends inferior and posteriorly.

This wound aligns with a re-entrance defect located in the medial right upper arm (**Wound D**). With the arm extended upward, this wound lies 15.5 cm above the nipple line and 15.7 cm lateral to the right nipple. It consists of a slightly curved ellipse measuring 1.2 cm on the vertical axis by 0.5 cm wide. A 0.3 cm triangular-shaped tear is noted at the 6 o'clock position with minimal marginal abrasion noted at the perimeter.

The projectile then enters the right upper arm traveling for a short distance in a lateral direction through the right upper arm to the medial right tricep. With dissection, a hollow point large caliber projectile is recovered, photographed, and submitted as evidence. The projectile jacket is minimally deformed at the tip. There is a segment of black thread entangled in this projectile tip consistent with the shirt worn by the deceased.

The projectile path is back to front, left to right with a minimal vertical deviation.

**Report of Autopsy**



II. PENETRATING GUNSHOT WOUND TO RIGHT UPPER BACK: Located on the medial right upper back, 35 cm below the vertex of the head and 4.2 cm to the right of the posterior midline, is an indeterminate range gunshot wound of entrance (**Wound 2**). This wound is 147 cm (58 inches) above the heel. It consists of an ovoid defect having an overall measurement of 1.2 x 0.8 cm. There is a thin rim of marginal abrasion and angled subcutaneous tissue is widest at the 8 o'clock aspect. No soot or stippling is associated with this injury.

Located above the entrance wound at the 12 o'clock position and centered 2.7 cm above is a 0.8 x 0.6 cm irregular but roughly circular superficial abrasion. A second 0.4 x 0.2 cm abrasion is located at the 7 o'clock position and is centered 2.3 cm away from the main entrance wound.

The projectile enters the back fracturing the medial aspect of the posterior right 5th rib. It then grazes the upper margin of the right middle lung lobe before exiting the chest cavity fracturing the right 3rd rib anterior laterally.

Located on the upper anterior right axilla and labeled **Wound A** is an irregular gunshot wound of exit. This defect lies 11 cm above and 11.2 cm curvilinearly to the right of the right nipple with the arm extended upward. It lies in a position 2.3 cm anterior to Wound C. The wound has an overall measurement of 1.6 x 1.4 cm with a sawtooth appearance noted along the upper margin. A small area of marginal abrasion is noted at the 6 to 7 o'clock position. A 6.3 x 3.2 cm blue bruise is located anterior to this wound.

The projectile then re-enters the arm at **Wound B** which is located on the upper medial aspect of the right arm. This wound with the arm extended upward lies 16.5 cm above the right nipple and 14.2 cm lateral to the nipple. It consists of a long rhomboid-shaped defect measuring 2.4 cm in the vertical axis and 0.9 cm wide. There is minimal marginal abrasion with a few small tears at the perimeter. The projectile path then continues along the medial aspect of the right arm with minimal damage to the right bicep muscle. There is some hemorrhage in the soft tissue and muscular tissue of the right arm but not a large amount.

Located on the right bicep is a bulge in the skin with light bruising over the area. There is a palpable projectile in the underlying tissues. An incision is made in the medial right upper arm and within the subcutaneous tissue a mushroomed partially jacketed lead projectile is recovered, photographed, and submitted as evidence.

The projectile path is back to front, left to right with no significant vertical deviation.

Probes are utilized to align the various gunshot wounds. With the right arm bent at the elbow and the forearm extended across the front of the chest, the wound paths are able to be aligned using probes.

Over and above the lateral right antecubital fossa is a collection of seven superficial abrasions varying in size from 0.2 to 0.7 cm in greatest dimension, consistent with pseudo-stippling.

CLOTHING: Separately submitted is a black polo type shirt. The shirt has been previously cut in the anterior midline and the sleeves also divided. On the back are two round defects separated by an 8 cm expanse of intact clothing. The right wound has a small defect located at the 11 o'clock

position with intact material in between. No additional small defects are noted surrounding either clothing entrance wound.

No projectile defects are noted in the right axillary region of the shirt. The shirt defect corresponding to **Wound 1** lies 18 cm below the neck seam and the defect for **Wound 2** lies 17 cm below the neck seam.

## INTERNAL EXAMINATION

BODY CAVITIES: The body cavities are opened by the usual Y-shaped and intermastoid incisions. No adhesions are in any of the body cavities. There is 100 ml of blood in the right hemithorax. There is hemorrhage noted in the subpleural space of the posterior medial upper left chest cavity. A few small bony fragments are also noted in the right hemithorax secondary to rib fractures. The organs of the thoracic and abdominal cavities are located in their normal anatomic positions. The subcutaneous fat layer of the abdominal wall is 3.7 cm thick.

CENTRAL NERVOUS SYSTEM: The scalp is reflected in the usual fashion disclosing no evidence of injury on the inner table. A portion of the calvarium is removed and free of skull fractures. The dura mater and falx cerebri are intact. No epidural or subdural hemorrhages are identified. The brain weighs 1625 grams. The leptomeninges are thin, delicate, and transparent. The cerebral hemispheres are symmetrical with normally sized gyri and sulci. Inferior structures, including cranial nerves and blood vessels are unremarkable. Sectioning of the cerebral hemispheres, brainstem, and cerebellum discloses no abnormalities. A segment of thoracic spinal cord is examined in the area of the projectile path. There is focal discoloration of the posterior surface of the cord with the main body of the cord free of deformity.

NECK: Examination of the soft tissues of the neck discloses no intramuscular hemorrhages of the strap muscles or other evidence of injury. The hyoid bone is rigid. The larynx is intact. The tongue is removed, serially sectioned, with no evidence of intramuscular hemorrhage.

CARDIOVASCULAR SYSTEM: The heart weighs 450 grams. The pericardial sac contains an appropriate amount of fluid and is free of adhesions. Coronary arteries have a normal distribution and with sectioning are found to be free of significant atherosclerotic disease. The myocardium is red-brown and firm without evidence of recent or old injury. Both ventricular chambers are dilated. The walls are not thickened. The atrial and ventricular septa are intact. The valves have the usual number of cusps and are free of abnormality. The coronary ostia are open. The aorta and its branches arise normally and are free of significant atherosclerotic disease. The vena cava and its major tributaries return to the heart in the usual distribution and are free of thrombi.

RESPIRATORY SYSTEM: The lungs weigh 430 and 610 grams, right and left, respectively. No obstructive material is noted within the trachea or main bronchi. The mucosal surfaces are smooth, tan and unremarkable. Injuries to the right lung are previously described. The right lung is collapsed. No focal lesions or areas of consolidation are noted. The pulmonary artery and branches are free of thrombo-emboli.

LIVER AND BILIARY SYSTEM: The liver weighs 2075 grams. The hepatic capsule is smooth and intact. The parenchyma has a uniform red-brown appearance with no focal lesions. The tissue

easily fractures with pressure. The gallbladder contains 8 ml of green, slightly mucoid bile free of calculi.

ALIMENTARY TRACT: The esophagus is lined by smooth gray-white mucosa. The gastric mucosa is minimally rugated and the lumen contains 200 ml of tan-orange thick material with small food fragments also noted. The small and large intestines are continuous, free of obstruction or lesions. The appendix is present. Pancreatic tissue is appropriately positioned and consists of lobulated red-gray tissue.

GENITOURINARY TRACT: The kidneys weigh 125 and 140 grams, right and left respectively. Renal capsules strip with ease disclosing minimally lobulated, light red-brown cortical surfaces. The cortices are sharply demarcated from the medullary pyramids. The calyces, pelves and ureters are unremarkable. The urinary bladder contains 600 ml of clear yellow urine. The prostate is not enlarged and is free of nodularity.

RETICULOENDOTHELIAL SYSTEM: The spleen weighs 225 grams. The splenic capsule is intact. The parenchyma is red-purple and semi-firm. Regional lymph nodes appear normal. The bone marrow is red-brown and moist.

ENDOCRINE SYSTEM: The pituitary, thyroid and adrenal glands are correctly positioned and unremarkable.

MUSCULOSKELETAL SYSTEM: Injuries noted with the projectile tracts are as previously described. No additional recent or healing fractures are noted of the exposed portion of the skeleton.



Unified State Laboratories: Public Health
Bureau of Forensic Toxicology
4431 South 2700 West
Taylorsville, Utah 84119-8600
Telephone: (801) 965-2400
Fax:(801) 965-2455

**Lab Information**

| | |
|---|---|
| Lab Case #: | **M2014-00627** |
| Sample #: | 829055 |
| Source: | **Blood** |
| Sample Detail: | HEART |
| Date Received: | 04/15/2014 |
| Date Completed: | 04/28/2014 |

**Subject Information**

| | |
|---|---|
| Subject Name: | **FARRAND, VINCENT JOHN** |
| Subject DoD: | 04/13/2014 |

**Agency Information**

| | |
|---|---|
| Medical Examiner: | Dr. Ed Leis |
| Agency Case # : | **201400737** |

OFFICE OF MEDICAL EXAMINER
SHANNON SKILES
48 MARIO CAPECCHI DRIVE
SALT LAKE CITY, UT 84113-1105



## TOXICOLOGY FINAL REPORT

Test Run: **Alcohol by Headspace GC**

Acetone Result: **Negative**

Isopropanol Result: **Negative**

Methanol Result: **Negative**

Ethanol Result: **0.21 grams per 100 milliliters of Blood**

Test Run: **Rx Drug Panel Screen**

Final Result: **All test results are negative.**

Test Run: **Drugs of Abuse Screen**

Cocaine: **Negative**

Morphine: **Negative**

Methamphetamine: **Negative**

Test Run: **Drugs of Abuse Screen**

THCmtb Result: **Negative**

P-M

Case reviewed by: Tiffany Berardi — Tiffany Berardi



Unified State Laboratories: Public Health
Bureau of Forensic Toxicology
4431 South 2700 West
Taylorsville, Utah 84119-8600
Telephone: (801) 965-2400
Fax:(801) 965-2455

| Lab Information | |
|---|---|
| Lab Case #: | **M2014-00627** |
| Sample #: | 829058 |
| Source: | **Vitreous Fluid** |
| Sample Detail: | |
| Date Received: | 04/15/2014 |
| Date Completed: | 04/28/2014 |
| **Subject Information** | |
| Subject Name: | **FARRAND, VINCENT JOHN** |
| Subject DoD: | 04/13/2014 |
| **Agency Information** | |
| Medical Examiner: | Dr. Ed Leis |
| Agency Case #: | **201400737** |

OFFICE OF MEDICAL EXAMINER
SHANNON SKILES
48 MARIO CAPECCHI DRIVE
SALT LAKE CITY, UT 84113-1105



## TOXICOLOGY FINAL REPORT

Test Run: **Alcohol by Headspace GC**

Acetone Result: **Negative**

Isopropanol Result: **Negative**

Methanol Result: **Negative**

Ethanol Result: **0.22 grams per 100 milliliters of Vitreous Fluid**

Case reviewed by: Tiffany Berardi

Tiffany Berardi



Unified State Laboratories: Public Health
Bureau of Forensic Toxicology
4431 South 2700 West
Taylorsville, Utah 84119-8600
Telephone: (801) 965-2400
Fax:(801) 965-2455

**Lab Information**

Lab Case #: **M2014-00627**
Sample #: 829059
Source: **Urine**
Sample Detail:
Date Received: 04/15/2014
Date Completed: 04/28/2014

**Subject Information**

Subject Name: **FARRAND, VINCENT JOHN**
Subject DoD: 04/13/2014

**Agency Information**

Medical Examiner: Dr. Ed Leis
Agency Case # : **201400737**

OFFICE OF MEDICAL EXAMINER
SHANNON SKILES
48 MARIO CAPECCHI DRIVE
SALT LAKE CITY, UT 84113-1105



**TOXICOLOGY FINAL REPORT**

Test Run: **Drugs of Abuse Screen**
Cocaine Result: **Negative**

Test Run: **Drugs of Abuse Screen**
Methamphetamine Result: **Negative**

Test Run: **Drugs of Abuse Screen**
Morphine Result: **Negative**

Test Run: **Drugs of Abuse Screen**
THCmtb Result: **Negative**

Case reviewed by: Tiffany Berardi *Tiffany Berardi*

**Curry & Associates**
**5109 82nd #7237**
**Lubbock, TX 79424**

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/15/2014 | 1301 |

| BILL TO |
|---|
| AIG Insurance Company<br>Phil Evans<br>2727-A Allen Pkwy.<br>Houston, TX 77019 |

| TAX I.D. # | DUE DATE | POLICY/REFERENCE # | PROJECT |
|---|---|---|---|
| 453782693 | 7/15/2014 | **YMC0171575** | **Farrand, Vincent** |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Death Claim | 7.75 | 50.00 | 387.50T |
| Phone/Fax | 79 | 0.40 | 31.60 |
| Postage | 2 | 5.60 | 11.20 |
| Autopsy | 1 | 35.00 | 35.00 |
| State Sales Tax | | 8.25% | 31.97 |
| | | **Total** | $497.27 |