# APPENDIX U

## American General
Life Companies

*Insurance Service Center for:*

American General Life
Insurance Company

August 18, 2014

Molly Farrand
550 S. 300 E.
Centerville, UT 84014

RE: INSURED: Vincent Farrand
POLICY NO. YMC0171575

Dear Mrs. Farrand,

This letter is in regard to the Accident Care Direct claim on Mr. Farrand's policy.

We have now concluded our review of this claim. Please be advised that contained within the policy, on page 4, the policy defines Accidental Injury as, "accidental bodily injury, which is unforeseen and suddenly sustained without the design or intent of an insured person that: (a) is not caused or contributed to, directly or indirectly, by a disease, bodily or mental infirmity, illness, infection, medicine or surgery used to treat an Insured person, or any other cause or physical condition."

On page 6 of the policy, under the Exclusions section the policy states, "We will pay NO benefits for any Accidental Injury or any loss caused or resulting in whole or in part by the following: (a) the Insured's Person's suicide or attempt at suicide, or intentional self inflicted injury or sickness, or any attempt at intentional self-inflicted injury or sickness while sane or insane."

In reading the Davis County Critical Incident Investigation report we found that on April 13, 2014 Mr. Farrand came out of the house with a gun and approached the police with the weapon in his hand. He was told several times by the police to drop the gun; however, he refused. Per the report, the police officers shot and killed Mr. Farrand fearing for their safety and the safety of others.

In reviewing the report further we found that several parties, including yourself, stated that Mr. Farrand was depressed and was seeing a doctor and taking medication for this condition. Also, during the confrontation Mr. Farrand was heard telling police to go ahead and shoot him. In your statement to the police and to police dispatch, you stated that he was suicidal and wanted suicide by cop.

The policy also states under the Exclusion section: "We will pay NO benefits for any Accidental Injury or any loss caused or resulting in whole or in part by the following:


EXHIBIT: 1
WITNESS: Evans
DATE: 2-13-18
TAYE KRUSLESKI, CSR, CLR

American General Life Insurance Company
*Member of American International Group, Inc.*
Service Center • P.O. Box 2808 • Amarillo, TX 79105 • 1.800.247.8837 • Fax 713-620-6916

AGLIC-FARRAND 000242

**American General**
Life Companies

*Insurance Service Center for:*

American General Life
Insurance Company

( b ) the Insured Person's being under the influence of an excitant, depressant, hallucinogen, narcotic; or any other drug or intoxicant including those prescribed by a Physician that are misused by the Insured Person."

Based on your testimony in the report you told the police that Mr. Farrand had been drinking that day but you did not know what type of alcohol Mr. Farrand had to drink. The autopsy and toxicology report from the Office of the Medical Examiner confirms your statement and shows that Mr. Farrand's blood alcohol level was .21. Mr. Farrand was clearly intoxicated and over the legal limit in the state of Utah and his resulting impairment at the time of his confrontation with the police is a likely cause of the events leading to his ultimate death.

The policy goes on to say under the Exclusions section: "We will pay NO benefits for any Accidental Injury or any loss caused or resulting in whole or in part by the following:
( c ) the Insured person's commission of or attempt to commit an assault or felony; ( d ) the Insured Person's engaging in an illegal activity or occupation."

Mr. Farrand's actions on April 13, 2014 of brandishing and pointing a weapon at police constitute a felony act and an illegal activity in the state of Utah.

In view of all the information above we are denying your claim for benefits.

Our decision is based on the facts as we know them. If there is additional information that may materially affect this decision, please have it submitted and we will be pleased to give it every consideration. The <u>AMERICAN GENERAL LIFE INSURANCE COMPANY</u> reserves any and all rights and defenses which it has or may have under or in connection with this policy.

If you have any questions please call me at 1-800-247-8837, ext. 8312031 or 1-713-831-2031.

Sincerely,

Phillip L. Evans Jr.
Individual Claims Department

CC:

American General Life Insurance Company
*Member of American International Group, Inc.*
Service Center • P.O. Box 2808 • Amarillo, TX 79105• 1.800.247-8837 • Fax 713-620-6916

AGLIC-FARRAND 000243