MARK J. GERAGOS (Cal. SBN #108325)
BENJAMIN MESEILAS (Cal. SBN #244412)
GERAGOS & GERAGOS
644 S Figueroa St
Los Angeles, California 90017
T: (213) 625-3900
F: (213) 625-1600
E: geragos@geragos.com
*[Pro Hac Vice]*

ROBERT B. CUMMINGS (#13186)
THE SALT LAKE LAWYERS
10 Exchange Place, Ste. 622
Salt Lake City, Utah 84111
T: (801) 590-7555
F: (801) 384-0825
E: Robert@thesaltlakelawyers.com

JON D. WILLIAMS (#8318)
JON D. WILLIAMS, P.C.
The Boston Building
9 Exchange Place, Ste. 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
E-mail: jwilliam@lawyer.com

*Attorneys for Plaintiff Molly Farrand*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MOLLY FARRAND, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE CO., a Texas corporation,<br><br>      Defendant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>Case No. 1:16-cv-00134-DB-PMW<br><br>Judge Dee Benson<br><br>Magistrate Paul M. Warner |

Plaintiff Molly Farrand ("Plaintiff") and Defendant American General Life Insurance Co. ("Defendant") filed a stipulated motion to dismiss this case with prejudice.   Having considered the motion, and for good cause appearing, the Court hereby GRANTS the motion and dismisses this case with prejudice, each side to bear their own costs and fees.   Defendant's Bill of Costs (Dkt. No. 67) is therefore moot.

IT IS SO ORDERED.

Dated this 22nd day of February, 2019.

BY THE COURT:

_____
Dee Benson
United States District Judge

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2019, I caused to be filed the foregoing document,

which caused to be served via the Court's ECF system the same upon the following:

Jason A. Richardson
David T. McDowell
Kendall J. Burr
MCDOWELL HETHERINGTON LLP
1001 Fannin St., Ste. 2700
Houston, TX   77002


THE SALT LAKE LAWYERS

 /s/ Robert B. Cummings
Robert B. Cummings
*Attorneys for Plaintiff*